B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Behavioral Support Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>59-3595260 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**801 Douglas Avenue**<br>**Suite 208**<br>**Altamonte Springs, FL**      ZIP Code **32714** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Seminole** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Behavioral Support Services, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                                Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Behavioral Support Services, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Elizabeth A. Green**
Signature of Attorney for Debtor(s)

**Elizabeth A. Green 0600547**
Printed Name of Attorney for Debtor(s)

**Baker & Hostetler LLP**
Firm Name

**200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432**
Address

**(407) 649-4000  Fax: (407) 841-0168**
Telephone Number

**June 2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter Perley**
Signature of Authorized Individual

**Peter Perley**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**June 2, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Middle District of Florida

In re: **Behavioral Support Services, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on **6/2/2015**.

    a. Total assets                                           $ **13,920,609.52**

    b. Total debts (including debts listed in 2.c., below)    $ **497,095.70**

    c. Debt securities held by more than 500 holders:

    | | | | | Approximate number of holders: |
    |---|---|---|---|---|
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |

    d. Number of shares of preferred stock    0    0

    e. Number of shares common stock          0    0

    Comments, if any:

3. Brief description of Debtor's business:
   **Out-Patient Mental Health Care Facility**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Doris Duan-Young and Samuel Young- 100% ownership**

# United States Bankruptcy Court
## Middle District of Florida

In re    __Behavioral Support Services, Inc.__                                    Case No.    _____
                                    Debtor(s)                                     Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 2, 2015__                    __/s/ Peter Perley__
                                             **Peter Perley/Chief Restructuring Officer**
                                             Signer/Title

Behavioral Support Services, Inc.
801 Douglas Avenue
Suite 208
Altamonte Springs, FL 32714

Amerigroup - MD
4200 W. Cypress Street
Tampa, FL 33607

Children's Medical Services
McKesson / CMS XX1
401 Gills Drive
Orlando, FL 32824

Elizabeth A. Green
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

Autism
State of FL Medicaid
Tallahassee, FL 32301

Cigna Behavioral Health, Inc
Attn: Claims Service Dept.
P.O. Box 188022
Chattanooga, TN 37422

Adaptive Infotech
2810 NE 55th Street
Fort Lauderdale, FL 33308

Beacon/Prestige - MD
2 Alhambra Plaza
Suite 500
Coral Gables, FL 33134

CIT Finance LLC
10201 Centurion Parkway N.
#100
Jacksonville, FL 32256

ADP AdvanceMD
PO Box 95350
South Jordan, UT 84095-0350

Bright House Networks
PO Box 31337
Tampa, FL 33631-3337

Community Direct Care
4001 Pelee St.
Orlando, FL 32817

Aetna
PO Box 14079
Lexington, KY 40512-4079

Capital One Spark Visa Card
PO Box 71083
Charlotte, NC 28272-1083

Corvus of Orlando, LLC
815 W. Weed Street
Chicago, IL 60642

Agency for Persons with
Disabilities
400 S. Robinson Street
Suite S430
Orlando, FL 32801

CBC of Central Florida
4001 Pelee St.
Orlando, FL 32817

Doris Duan-Young
Samuel Young
8220 Firenze Blvd.
Orlando, FL 32836-8767

Air Flow Designs
250 Jasmine Road
Casselberry, FL 32707

Cenpatico - MD
SUNSHINE
3505 East Frontage Road
Suite 300
Tampa, FL 33607

Douglas Center LLC
8220 Firenze Blvd.
Orlando, FL 32836-8767

Amerigroup
Case # C14-1313
PO Box 75548
Baltimore, MD 21275-5548

CenturyLink
PO Box 1319
Charlotte, NC 28201

Firetronics, Inc.
PO Box 162286
Altamonte Springs, FL 32716

Amerigroup - Healthy Kids
4200 W. Cypress Street
Tampa, FL 33607

Children's Home Society
5768 S. Semoran Blvd.
Orlando, FL 32822

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399

Harmony - Healthy Kids
WELLCARE
8735 Henderson Road
Tampa, FL 33634

Harmony - MD
WELLCARE
8735 Henderson Road
Tampa, FL 33634

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751

Lauris Online
419 Salem Avenue
Roanoke, VA 24016

Magellan
PO Box 2097
Maryland Heights, MO 63043

Med Waiver
State of FL Medicaid
Tallahassee, FL 32301

Medicaid
State of FL Medicaid
Tallahassee, FL 32301

Milestone Social Services,
Inc.
5324 Pineview Way
Apopka, FL 32703

Molina
Psychcare LLC
10200 Sunset Drive
Miami, FL 33173

Ped-I-Care / Pediatric
Integrated Care System
1701 SW 16th Avenue
Gainesville, FL 32608-1153

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250

Psych Care
Simply Healthcare
10200 Sunset Drive
Miami, FL 33173

Seminole County Tax
Collector
P.O. Box 630
Sanford, FL 32772-0630

Seminole County Water
and Sewer
PO Box 958443
Lake Mary, FL 32795-8443

Silver Star and Gateway
4000 Silver Star Road
Orlando, FL 32808

Sterling Window Cleaning
776 Bennett Drive
Suite 105
Longwood, FL 32750

Substance Abuse
State of FL Medicaid
Tallahassee, FL 32301

Title 19 - CMS
McKesson/MED 3000
401 Gills Drive
Orlando, FL 32824

Title 21 - HSA
McKesson/CMS XX1
401 Gills Drive
Orlando, FL 32824

Tricare
Tricare South Region
PO Box 7031
Camden, SC 29021-7031

United - Healthy Kids
OPTUM
495 N. Keller Road
#200
Maitland, FL 32751

United Health - MD
OPTUM
495 N. Keller Road
#200
Maitland, FL 32751

Vaco Orlando, LLC
485 N. Keller Road
Suite 451
Maitland, FL 32751

Zephyrhills Water
6661 Dixie Hwy
Suite 4
Louisville, KY 40258