B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Behavioral Support Services, Inc.**                                           Case No. _____

                                          Debtor(s)                                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adaptive Infotech<br>2810 NE 55th Street<br>Fort Lauderdale, FL 33308 | Adaptive Infotech<br>2810 NE 55th Street<br>Fort Lauderdale, FL 33308 | trade debt | | 1,722.22 |
| Agency for Persons with Disabilities<br>400 S. Robinson Street<br>Suite S430<br>Orlando, FL 32801 | Agency for Persons with Disabilities<br>400 S. Robinson Street<br>Orlando, FL 32801 | contingency claim | Contingent Disputed | 298,000.00 |
| Air Flow Designs<br>250 Jasmine Road<br>Casselberry, FL 32707 | Air Flow Designs<br>250 Jasmine Road<br>Casselberry, FL 32707 | A/C repair/maintenance | | 89.95 |
| Amerigroup<br>Case # C14-1313<br>PO Box 75548<br>Baltimore, MD 21275-5548 | Amerigroup<br>Case # C14-1313<br>PO Box 75548<br>Baltimore, MD 21275-5548 | recoupment due | | 98,000.00 |
| Bright House Networks<br>PO Box 31337<br>Tampa, FL 33631-3337 | Bright House Networks<br>PO Box 31337<br>Tampa, FL 33631-3337 | television, internet services | | 53.11 |
| Capital One Spark Visa Card<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Spark Visa Card<br>PO Box 71083<br>Charlotte, NC 28272-1083 | office credit card | | 46,140.00 |
| CenturyLink<br>PO Box 1319<br>Charlotte, NC 28201 | CenturyLink<br>PO Box 1319<br>Charlotte, NC 28201 | telephone | | 110.00 |
| Corvus of Orlando, LLC<br>815 W. Weed Street<br>Chicago, IL 60642 | Corvus of Orlando, LLC<br>815 W. Weed Street<br>Chicago, IL 60642 | office cleaning | | 132.87 |
| Firetronics, Inc.<br>PO Box 162286<br>Altamonte Springs, FL 32716 | Firetronics, Inc.<br>PO Box 162286<br>Altamonte Springs, FL 32716 | sprinkler maintenance | | 300.00 |
| Lauris Online<br>419 Salem Avenue<br>Roanoke, VA 24016 | Lauris Online<br>419 Salem Avenue<br>Roanoke, VA 24016 | online services | | 1,550.00 |
| Milestone Social Services, Inc.<br>5324 Pineview Way<br>Apopka, FL 32703 | Milestone Social Services, Inc.<br>5324 Pineview Way<br>Apopka, FL 32703 | intercompany loan | Disputed | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Behavioral Support Services, Inc.**                                   Case No.   _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250 | postal meter | | 21.39 |
| Seminole County Water and Sewer<br>PO Box 958443<br>Lake Mary, FL 32795-8443 | Seminole County Water and Sewer<br>PO Box 958443<br>Lake Mary, FL 32795-8443 | utilities | | 338.54 |
| Sterling Window Cleaning<br>776 Bennett Drive<br>Suite 105<br>Longwood, FL 32750 | Sterling Window Cleaning<br>776 Bennett Drive<br>Suite 105<br>Longwood, FL 32750 | window cleaning services | | 337.50 |
| Zephyrhills Water<br>6661 Dixie Hwy<br>Suite 4<br>Louisville, KY 40258 | Zephyrhills Water<br>6661 Dixie Hwy<br>Suite 4<br>Louisville, KY 40258 | office water | | 300.12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 2, 2015**                          Signature   **/s/ Peter Perley**
                                                            **Peter Perley**
                                                            **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.