**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                          CHAPTER 11

**BEHAVIORAL SUPPORT**                          **CASE NO.:  6:15-bk-04855-KSJ**
**SERVICES, INC.,**

      **Debtor.**

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1, the debtor in possession, BEHAVIORAL

SUPPORT SERVICES, INC. ("BSS" or "Debtor"), by and through the proposed undersigned

counsel, hereby files this Chapter 11 Case Management Summary.

**1.      Description of the Debtor's Business.**

BSS is a Florida corporation that operates an out-patient care facility ("Care Facility")

located at 801 Douglas Avenue, Suite 208, Altamonte Springs, Florida, 32714 and has operated

at that location since January, 2013. Previously, the Care Facility was located on Lakemont

Avenue in Winter Park Florida.  The Care Facility specializes in providing and coordinating

treatment for people with autism and other developmental disabilities, including disruptive

behavior disorder, ADD/ADHD, depression, and bi-polar disorder. The Care Facility also

provides mentoring programs for at-risk children, on-site psychiatric evaluations, medication

management, psychosocial rehabilitation, and substance abuse treatment.

The Care Facility has approximately 2,200 active cases (i.e., current patients) and a six

month waitlist of approximately 600 additional patients in need of evaluation and treatment.

After an initial assessment, the vast majority of patients receive treatment at home from a

visiting therapist or other medical specialist coordinated by the Care Facility. The frequency of

care depends upon the particular issue or ailment. Patients with autism typically require more frequent treatment, as do patients undergoing drug rehabilitation counseling, while other patients are treated less frequently on bi-weekly or monthly intervals as needs arise.

The Care Facility participates in the Medicaid[1] program pursuant to a provider agreement with the Florida Agency for Health Care Administration ("AHCA"). Medicaid covers many medical and mental health services, however, it does not pay for therapies necessary for the treatment of autism. Fortunately, the State of Florida Agency for Persons with Disabilities ("APD") operates a Florida Medicaid Developmental Disabilities Waiver Program ("Waiver Services Program") which *does* cover services for people with autism and other developmental disabilities.[2]  BSS has an agreement with APD to participate in the Waiver Services Program ("Waiver Services Agreement"). Eligibility to participate in the Waiver Services Program takes into account a patient's income and whether they have a "developmental disability" as such is defined in Florida Statute 393.

Approximately 98% of the patients receiving treatment coordinated by the Care Facility rely upon the Waiver Services Program to pay for their treatment and care. Over the Care Facility's history, approximately 98% of its total revenues is derived directly from Medicaid and/or the Waiver Services Program. Less than approximately 2% of the Care Facility's patients are private pay.

---

[1] The Medicaid program, set forth in Title XIX of the Social Security Act, is a joint federal and state program that provides medical assistance to low income people who are aged, blind, disabled, pregnant, young children, or members of families with dependent children. The Medicaid program is jointly funded by the federal government and each participating state.

[2] "Developmental Disability" is a broad term that refers to a variety of conditions with symptoms that manifest before the age of 18, constituting a substantial handicap that can reasonably be expected to continue indefinitely and that interfere with a person's ability to function in everyday activities and specifically includes Autism.

**2.      Location of Debtor's Operations and Whether Leased or Owned.**

The Care Facility operated by the Debtor is located at 801 Douglas Ave, Suite 208, Altamonte Springs, FL 32714 (the "Douglas Property"). BSS leases the Douglas Property from Douglas Center, LLC. On May 28, 2015, BSS executed a new lease with Douglas Center, LLC. The term of the lease is June 1, 2015 through June 1, 2016 and automatically renews for five [5] successive one year periods unless BSS provides sixty [60] day notice prior to the expiration of the then current term.

**3.      Reasons for Filing Chapter 11.**

BSS filed this Chapter 11 reorganization for two primary reasons. First, BSS suffers from an historic lack of adequate administrative oversight. BSS's previous operators, Doris Duan-Young and her husband Sam Young, had a shared passion for providing mental health and autism outreach services, but their experience and education were much more centered on patient treatment and the clinical aspects of BSS than on the administrative and regulatory aspects of the business. As such, the Youngs employed administrative professionals to oversee the business and financial aspects of BSS so they could devote their focus to advances in patient care and opportunities for business expansion.

Unfortunately, for more than one reason, the persons tasked with administrative oversight failed; in part, simply because they lacked the sophistication and expertise necessary to operate adequately within applicable regulatory strictures, and, much more unfortunately, because at least one person (who is no longer with the Care Facility) is believed to have mismanaged funds. It became evident that in-depth investigation and reorganization (in every sense of the word) of BSS was critical and necessary. Recognizing that BSS has tremendous opportunities for growth (as evidenced by the six month waiting list for treatment) and understanding the need for a

3

complete reassessment and overhaul of the business, the Youngs appointed an independent officer and director, Ross Johnston, and then resigned from BSS. The Youngs no longer have any control over BSS operations or financial affairs.

Promptly following Mr. Johnston's appointment, Mr. Johnston appointed a Chief Restructuring Officer, Peter Perley, who is vested with full operational and financial control of BSS. Audits conducted during Mr. Perley's tenure have revealed issues with the prior billing system that are readily correctible under his watchful management. Mr. Perley is working to correct past operational deficiencies and to achieve financial and operational transparency as is necessary and required by AHCA and APD.  Mr. Perley's immediate goal is to achieve complete and lasting regulatory compliance. Mr. Perley has extensive experience in business reorganizations, including healthcare reorganizations. He has previously served as Chief Executive Officer and Chief Restructuring Officer for Med-Chem Healthcare Limited, a public diagnostic services company listed on the TSX and valued at $40-60 million. Mr. Perley was appointed by US and Canadian Bankruptcy Courts during a CCAA/Chapter 11 restructuring and sale. Mr. Perley found hidden value in the company and effectively navigated through a strategic sale for $125 million, while ensuring all creditors were paid. A copy of Mr. Perley's resume is attached hereto as *Exhibit A*.

A second reason BSS filed this Chapter 11 case concerns its Waiver Services Agreement. On March 4, 2015, APD notified BSS that its Waiver Services Agreement was being terminated "without cause" in thirty [30] days.  Subsequently, on April 30, 2015, APD informed BSS that the effective date of termination would be extended until June 4, 2015. Although APD identified no reason for termination, it is presently assumed that it elected to terminate the Waiver Services Agreement based upon inadequate reporting and/or issues with respect to regulatory compliance.

606464144.1

It is these exact issues Mr. Perley has undertaken to resolve, in part, by the recent implementation of AHCA-approved billing software, Advanced-MD, which aides in financial transparency, and, in part, by implementing measures to achieve both clinical and procedural compliance. Because BSS provides and will continue to provide quality out-patient care and because the demand for the services it provides is so high, Mr. Perley is optimistic that APD may agree to extend and renew the Waiver Services Agreement while BSS reorganizes under his leadership and that, ultimately, with APD's agreement and consent, BSS can assume and assign the Waiver Services Agreement in connection with the sale of the business to a new operator through a Chapter 11 plan.

**4.      Officers, Directors, and Insiders (including relatives of insiders), if applicable, and their salaries and benefits at the time of filing and during the one year prior to filing.**

Doris Duan-Young and Samuel Young were the officers and directors BSS from the time of its inception until shortly before the Petition Date when they resigned, appointing Ross Johnston as sole officer and director. During the one year prior to filing, the Youngs received insurance benefits (medical, dental, flex spending and flex dependent care) and bi-weekly paychecks; Mrs. Young received a total of $37,388.05 and Mr. Young received a total of $9,230.70.  The Youngs also took distributions from BSS as profits allowed; the exact amount of these distributions is not certain at this time and is being examined by the Chief Restructuring Officer.

**5.      The Debtor's Gross Annual Revenues.**

The Debtor's gross annual revenues for 2014 were approximately $16.2 million.

**6.      Amounts owed to Various Creditors.**

**(i) Priority Creditors.**

The Debtor does not owe any money to priority tax creditors.

**(ii) Secured Creditors and their Respective Collateral.**

A Florida UCC search confirmed that BSS has no secured creditors.

**(iii) Unsecured Creditors.**

The Debtor's unsecured creditors are primarily suppliers of office materials, building maintenance, and providers of incidental services (other than employees and contractors, discussed in paragraph 8 below). The Debtor also has pending recoupment claims. The estimated debt to unsecured creditors is approximately $497,000.

7.     **General Description and approximate value of the Debtor's Current and Fixed Assets.**

The Debtor owns and operates all of its assets pursuant to a lease with Douglas Center, LLC.

8.     **Number of employees and gross amounts of wages owed as of petition date.**

On the Petition Date, BSS had 23 employees. In addition, BSS contracts with approximately 255 service providers in the medical field, specializing in various areas of patient treatment and care, including medical doctors and mental health counselors.

BSS's employees and BSS's contractors are paid on different schedules. The employees are paid on a bi-weekly schedule in arrears. The total amount BSS pays to employees on a bi-weekly basis averages at approximately $35,200. No pre-petition wages are owed to the employees.

BSS's contractors are paid on a monthly basis. Contractors were last paid on May 15, 2015 for wages due for the month of April. Wages due for the month of May are due to be paid on June 15, 2015.  The total amount BSS pays to contractors on a monthly basis averages approximately $550,000, and this is the amount BSS will need to pay contractors on June 15, 2015.

**9.      Status of Debtor's Payroll and Sales Tax Obligations.**

BSS outsources its payroll obligations to ACH of America, LLC which calculates and accounts for all payroll taxes. Payroll and sales tax obligations are believed to be current.

**10.     Anticipated Emergency Relief to Be Requested within the First 14 days after the Petition Date.**

The Debtor plans to file a utility motion, wage motion, motion to dispense with the appointment of a patient care ombudsman, and a motion to maintain its pre-petition governmental deposit account.

**11.     The Debtor's Strategic Objectives in Filing the Chapter 11 Case.**

The Debtor intends to retain its Medicaid and Waiver Services Agreements, reorganize its business under the guidance of the Chief Restructuring Officer, and to package and sell its operations pursuant to a Chapter 11 plan. It is expected that the purchaser will take over BSS's operations and will operate the business under a new (non-BSS) corporate name. Sale proceeds will be applied to pay reimbursements to Medicaid, and/or APD, administrative claims and unsecured creditors. To the extent sales proceeds exceed such claims, the remaining proceeds will be distributed to equity.

DATED:  June 4, 2014.

/s/Tiffany D. Payne_____
Tiffany D. Payne, Esq.
Florida Bar No.: 0421448
tpayne@bakerlaw.com
**BAKERHOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
Attorneys for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the **CASE MANAGEMENT SUMMARY** was served via first class U.S. Mail, postage prepaid to:   Behavioral Services Support, Inc., 801 Douglas Avenue, Suite 208, Altamonte Springs, FL 32714; The United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL  32801-2210; and the 1007-2 Matrix attached to the original filed with court, this 4th day of June, 2015.

/s/Tiffany D. Payne_____
Tiffany D. Payne, Esq.

# EXHIBIT  "A"

# PETER J. PERLEY, CA,CPA

**Business transformation CEO**
**USA, China, Europe, Asia, & Canada**
**Available wherever needed, currently in USA**
**O1 visa holder, shareholder value enhancer**

55 W Church ST. #1810
Orlando , Florida 32801
416.565.5954 (M)
pjperley@turnaround-ctm.com

## Strategy & Vision /Sales/Operations / Finance / Business Development/Customer Centricity

Globally respected leader accomplished in growing, building, restructuring, and turning around high growth and/or financially distressed businesses and maximizing stakeholder value through rainmaking business development initiatives and the conceptualization and implementation of unique VALUE CREATION strategies for operational and fiscal excellence. Exceptional GAAP/SOX Board reporting financial/cashflow forecasting/management and financing due diligence Create & deliver strong and sustainable revenues, profits and growth by creating a sustainable high-trust culture; focusing on customers' needs; **customer centricity** and identifying, mentoring and coaching, developing exceptional performers, world-class teams and succession management, the soul of the company. **Highlights include, see pages 2-7 for details and timelines:**

| | |
|---|---|
| **Global CEO-Silberline-$135 million USD** Privately held Manufacturer of aluminum pigments- in Top 4 globally www.silberline.com/ Jan 2012-present USA, China ,Asia, Europe, Latin/South America | Transformed legacy based 2007-2011 serial loss making businesses to consecutive 3 years profitability, enhanced margins and $75.0 million USD one-time and annuity cashflow savings. Drove customer centric culture from product centric operations and enhanced customer satisfaction scores Restored shareholder equity to $100 million plus through lean management and customer centricity coupled with dynamic cashflow working capital management and lender appreciation |
| **COO – Fiesta Gas Grills** – Privately held Consumer Products Manufacturer – One of the largest North American grill manufacturers North America & China, Australia ,Europe | Led global operations for mature business transitioning to Importer. Cut time to market by 50%; increased imported product sales 40%; outsourced production to China; conceived monetized shareholder exit strategy and facilitated sale of company. |
| **President / COO – CashCode Inc.** – Privately held Manufacturer of Currency Validators Russia, Eastern Europe, UK, Australia, US, South America, China & Canada | Led rapidly growing company in the midst of a shareholder dispute. Increased global sales from CDN $35M to $60M in 4 months throughout Russia, Eastern Europe, UK, Australia, US, South America, China, and Canada. Improved value $50M; sold company to Crane Co (NYSE:CR) firm for CDN $100M. |
| **CRO & Chairman – Imperial Plastech** –$100M, Canada-Based Manufacturer (TSX-V:ACR.H) & **AG Petzetakis** –$200M, Greek-based, Plastic Extrusion Manufacturer (ATH: PETZK) North America, Europe & South Africa | Turned around shareholder-deadlocked company in receivership whose sales had declined from $100M to $10M. Led company out of cross-border CCAA/CH304, regained listing on the TSX running it on NYSE rules. Subsequently, restructured AG Petzetakis' $200M North American and Europe/South African operations. Recognized in CA Magazine, "A Tale of a Turnaround" http://www.camagazine.com/index.cfm/ci_id/21534/la_id/1.htm |
| **M&A Advisor – FUNimation Productions** – (2002-2003) – $165M, Privately held, US-headquartered Toy producer and licenser North America, Japan, China | Structured deal to capture $40M in revenues from insolvent licensee. Subsequently valued brand at $50M and secured new distribution channel to major US retailers. Ultimately, sold brand for $165M. Saved approximately $15M and generated nearly $5M cash return. |
| **CEO / CRO – Med-Chem Healthcare Limited** – $100+M Public Company – Canadian Diagnostic Services Business North America | Turned around company in cross-border CCAA / Chapter 11 proceedings. Increased EBITDA run rate $10M to $18M in 2 months. Facilitated strategic sale of company for $125M to CML Healthcare (CLC UN:CA TSX) with all creditors paid. |
| **COO – KML** – Privately held Metal Fabrication/Onsite Construction Startup Headquartered in Canada Canada, US, South Africa & Egypt | Secured $8M start-up financing; built operations and manufacturing infrastructure, refocused global strategy; generated $10M in revenues first year. |
| **COO / Vice Chairman** – Bailey Metal Group – $130M, Canadian-Based Privately held, Manufacturer of Building Products North America, UK, Middle East | Turned around company on brink of receivership ($40M debt, $98M decrease in sales). Reversed losses from negative $7-8M to a positive $7-10M; 12.5% EBITDA. Increased sales $32M to $59M–Currently $200M. Accelerated inventory turns from 3-4 per year to 30 with 98% on-time delivery, on-budget record, thereby freeing up >$16M in working capital by |



**PETER J. PERLEY, CA** • 416.565.5954 (M) • pjperley@turnaround-ctm.com, http://ca.linkedin.com/in/peterjperley

| | streamlining all logistics, production, and customer order to delivery cycle times. |
|---|---|

## CAREER HIGHLIGHTS

## CTM INC. (CANADIAN TREASURY MANAGEMENT INC.) – 1987 to Present

CEO and founder of an interim management and advisory firm "**PERSONAL BRAND**" specializing in guiding companies through, rapid revenue growth and expansion, divestitures, turnarounds, capital raising/equity funding, and succession management training and development. Renowned for creating sustainable superior return on investment through increased revenues, reduced costs, rapid cash flow, increased business valuation, and maximized employee performance.

As short- and long-term interim management executive (CEO, COO, CRO), lead, scale, and turnaround multi-million-dollar global public and privately held companies in high growth, investment, M&A  or crisis mode. **Representative engagements include:**

**Global CEO Silberline- 2012 to present $135 million, Turned around**  US based global manufacturer and seller of aluminum pigments to OEM's , electronics, and industrial coatings, China, USA, Europe, Latin/South America, Asia   in to profitable cash generators resulting in debt free, cash rich self-financing businesses reaping offshore dividends, while investing in significant capital expenditures and regaining pre-eminent position with global automotive, electronics and industrial coating  OEM's,


**Shareholder sustainable equity improvement, from insolvency zone to $ 100.0 million plus monetizable equity**:

Transformed 2007-2011 $25.0 million serial losses into 2012-2014 3 years double digit annual recurring EBITDA Delivered $75.0 million one-time and recurring profit and cashflow improvement to cement monetizable shareholder equity,
Doubled Scottish subsidiary profitability, providing $10.0 million, 3 years self-funding of HSE required $40.0 million CAPEX and $10.0 million in dividend repatriation to parent
Transformed legacy manufacturing 2:1 yield into 1.1:1 into profitable operations through true lean process improvement
Converted all global loss making entities in 2011 into 10% or better return on sales with exception of 3 US operations which will exceed that in 2015 provided most recent lean manufacturing and process improvement initiatives continue
Generated $3.0 million in dividends for shareholder in 2014, first in 5-7 years

**Business and new GREEN product development**

Transformed new product commercialization, from 5 year $28.0 million zero return based on market demand to customer pull environmentally friendly $3-5.0 million in 2014 scaling to $15.-20.0 million in 2015 and positioning company to topple main competitor

Initiated new waterborne, green, product development in China for technology transfer to USA for global customers which does not attract alleged patent infringement [see below] and complies with groundbreaking Chinese government Rule 10 http://www.chinadaily.com.cn/2014-10/21/content_18776325.htm; http://www.epa.gov/ogc/china/initiative_home.htm

**Competitive positioning and customer life time value improvement**: Restored challenged key customer rankings, and overcame negative global customer KPI and buying resistance: Improved production yields from 40-90%, generating $15.0 million recurring annuity saving Recovered from fraudulent activity in quality control and improved ,Asia, China European pre-production export shipment acceptance from 65-90%, resulting in increased sales to PPG, Axalta in Europe in 2014Moved from product centric, production expedient culture to customer centric businesses resulting in gaining pole position in $30.0 million global customer auction bid beating dominant competitors for leading   Automotive OEM Improved customer relations by transitioning from agents,

http://ca.linkedin.com/in/peterjperley

**PETER J. PERLEY, CA** ● 416.565.5954 (M) ● pjperley@turnaround-ctm.com, http://ca.linkedin.com/in/peterjperley

distributors in USA and Europe increasing customer margins 15-40% and taking ownership of 700 plus customer portfolio to drive shareholder value through CLV

**China, Asia Improvements – transformed all entities from losses, cash drains to profitability and dividends**
Stemmed 2012, 20% sales drain on $50.0 million USD in region
Led initiative to expand branch plant into globally recognized best pigment factory in China by 3 major OEM'S
Doubled waterborne capacity from 100 to 200 metric tons
Inspired team to produce acceptable alternative to ECKART, TOYAL, waterborne for regional OEM automotive and leveraged this business development into global OEM introduction and acceptance leading to major $30.0 million global auction success
Repatriated some $10.0 million+ in dividends while financing$ 5-7.0 million USD TO create state of the art waterborne process and global customer acceptance for China based technology and production
Singapore "Asia" into its first profit and dividend delivery vehicle in its entire history from 2013/4
Reduced costs for Scotland and USA CAPEX by introducing 30-50% savings on expenditures by importing turnkey solutions from China

**Team building and professional/personal development for top 10% some 70 people globally**
Act as company leader, initiator and champion to transform business from product centric to customer centricity and drive shareholder value exponentially
Tony Robbins, http://www.tonyrobbins.com/coaching/business-coaching/, and
Shirzad Chamine Positive Intelligence seminars and group training **positiveintelligence**.com
Wharton Strategic Value of Customer Relationships, how exponential service and valuing customer life time value "CLV' increases shareholder value and company valuation, CFO, global manager of customer service and myself
https://novoed.com/wharton-customervalue-Spring2014
Groomed CFO in sales, operations to succeed me

**Banking and Risk Management**

Discovered imminent $40.0 million UK regulatory HSE business closure threat 5 days after being hired

Created immediate crisis management action and plan together with 3 year 100% self-funding plan through 20%, $10.0 million process and, overhead and working capital savings, reduced regulatory requirements thereby preventing immediate liquidation of global group upon acceptance by HSE of plan and endorsement from lenders
Delivered 10 point turnaround plan to Bank within 20 days and executed above and beyond plan paying down bank by 75% and generating an extra $12.0 million in cash on hand
Eliminated dependency on soon to be liquidated strategic aluminum supply source by negotiating 5 year $50.0 million supply agreement at market favorable prices and backward integration joint venture with 3-4 year ROI and market disruptive beyond the curve technology

Provided first line global defense against alleged patent infringement  by ECKART for European waterborne product being sold in USA news.priorsmart.com/**eckart**-v-silberline-manufacturing-laQ

**Profitability, lean process, cost reduction and working capital improvement Transformed multi-year lossmaking operations**
Reduced breakeven sales level by 35% from $155.0 million down to $100.0 million
Converted 26%, 35/135.0 million, in sales from loss generation and $20.0 million breakeven shortfall into profitable sales focusing on 80/20 revenue, margin and contribution generators based on customer heterogeneity
Reduced bloated inventories 40% from $50.0 to $30.0 million and on track to save another30% or $10.0 million
Reduced European and US workforce by 20%, saving 700 jobs and maintained OTD
Improved global margins from 28-35% plus
Negotiated USW healthcare and benefit reductions over 3.5 years, a first for company saving millions and avoiding 15-25% perpetual increases
Created a gross margin to operating expense ratio of 2:1 from 0.9:1

**Lender, investor, advisory, due diligence, value creation plans** 2010 -2011 Canada, China

**COO – Fiesta Gas Grills** – North American Consumer Products Manufacturer (2007-2010)

http://ca.linkedin.com/in/peterjperley

- **Sales Expansion:** Cut time to market by 50% on revolutionary new industry disruptive technology (IQUE) resulting in addition of Tier 1 retailers (Costco, Home Depot, Sears, Bahag, Lowe's). **Increased imported product sales 40%.**
- **Consolidation:** Transitioned three legacy North American die cast production facility operations [700K sq. ft.] with 400+ employees to 100% Chinese-based operation (product development, manufacturing, logistics, and supply chain) with 20% of workforce. Created one lean North American-based marketing, sales, operational organization and doubled margins.
- **Risk Management:** Resolved two voluntary product recalls with CPSC and Tier 1 retailers.
- **Shareholder Value Monetization Strategy:** Arranged sale of business to a strategic purchaser to leverage global technology value and provide monetized shareholder exit strategy.

**Advisor to Distressed and High Growth Debt/Private Equity Providers, value creation plans** (2006-2007)

Furnished ongoing due diligence, operational consulting expertise to providers of lending services targeting the Canadian business market, supporting their investment portfolio of over $300M.

- **Due Diligence:** Administered financial/operational due diligence focused on ventures ranging in value from $50M to $75M. Liaised with corporate principals to determine business value and assess overall impact of individual $10M-$20M investments.
- **Risk Management:** Generated contingency liquidation plans, recommended investment ventures, and prepared business plans focused on generating up to 30% IRR on investments without losses.
- **Competitive Positioning:** Advised on major deals with a Canadian/UK provider to the automotive industry, a Canadian/US soft goods manufacturer, automotive parts, consumer products, in Canada, and CD disc manufacturer as well as distributor to Canadian and US markets.
- **Finance** Implemented activity based costing, currency, commodity, manufacturing profit center forecasting reporting, product costs, and SOX Level stakeholder reporting
- **Shareholder Value Improvement Strategies:**
  o Provided up to $20M in one-time restructuring savings strategies.
  o Reviewed operations in each company/location to determine how improvements of $5M-$7M+ annual cost savings could be achieved while simultaneously maintaining or growing sales profitability by 10% or more.
  o Identified succession management teams and leadership

**President / COO (Court Appointed) – CashCode Inc.** – Currency validation/self-checkout systems (2004-2006)

Brought in by RSM Richter to run rapidly growing hi-tech manufacturing company and create a successful sale to private equity firm. Reported to Receiver, Court, Shareholders and their attorneys/advisors.

- **Stakeholder Maximization:** Facilitated sales process in the midst of a shareholder dispute. **Increased global sales 70% (from CDN $35M to $60M). Improved value $50M, and sold company for CDN $100M.**
- **Business Development:** Increased sales $25M to $50M globally (Russia, Eastern Europe, UK, Australia, US, South America, China, and Canada) within first 4 months for this company holding 70+ hardware and software patents.
- **Customer Relations:** Saved the loss of two major global, strategic Tier 1 customers that enhanced both corporate sales process and value by 25-30%.
- **Outsourcing Operations:** Managed global outsourcing: China–complex tooling, computer chips, wiring assemblies; Germany–optics; Japan–motors, Ukraine-product development
- **Finance:** Instituted and implemented financial infrastructures to achieve accurate and transparent accounting practices that exceeded Sarbanes-Oxley mandates.
- **Capitalization:** Revitalized prospective purchaser/investor sales presentations from mere technical product offerings into meaningful strategic selling documents and developed SOX standard due diligence package that resulted in offers from First round 4/5 US and Canadian private equity groups and Second round 2/2 US/global private equity groups. Sold to a strategic NYSE-listed company.

**PETER J. PERLEY, CA** • 416.565.5954 (M) • pjperley@turnaround-ctm.com, http://ca.linkedin.com/in/peterjperley

Page 5

**CEO – Imperial Plastech & AG Petzetakis** – Plastic Extrusions Manufacturer (2003-2004)

Appointed by both the US and Canadian Bankruptcy Courts as CRO and Chairman to revive this shareholder-deadlocked company that had declined from $100M to $10M in sales and fallen into receivership. Subsequently restructured North American and Europe/South Africa operations ($200+M revenues).

- **Strategic Planning:** Developed a credible strategic and executable turnaround plan designed to gain a better result for both US and Canadian creditors than a sale of assets "liquidation."
- **Financial Restructuring:** Eliminated deadlock by creating DIP (Debtor in Possession) lender position for Greek client and creating precedent to convert receivership to CCAA, US S304 Bankruptcy thereby saving approximately $25+M investment. Achieved 94% of creditors' vote to compromise debt by 88%.
- **Operations:** Rebuilt management team and workforce, reopened closed plants, and negotiated with suppliers/creditors, while overcoming severe employee job stability concerns due to prior lay-offs, perceived nepotism, and payroll concerns, coupled with nearly 1,000 aggrieved creditors, and 9 successive quarters of losses. Led company out of CCAA/CH304, regained listing on the TSX running it on NYSE rules. Profiled in CA Magazine, "*A Tale of a Turnaround*"
  http://www.camagazine.com/index.cfm/ci_id/21534/la_id/1.htm

**M&A Advisor – FUNimation Productions** – Toy Manufacturer (2002-2003)

$165M, Privately held, US-headquartered toy producer and licenser

Advised FUNimation on proposed acquisition of a joint venture partner and product licensee in default of contract.

- **Strategic/Financial Planning**: Determined insolvency of proposed acquisition, guided company in regaining control of their executory contract. Structured deal to capture $40M in revenues from insolvent licensee.
- **Restructuring Operations:** Secured new distribution channel to major US retailers to protect FUNimation's licensed brand valued at $50M.; saved approximately $15M and generated an actual cash return of nearly $5M. Guided company through sale of brand for $165M insert wording from 3 page

**Interim CEO / CRO – Med-Chem Healthcare**, Medical Lab–Blood/Health diagnostics (1998-1999)

Appointed by Canadian and US Courts, as a result of "Cross-border" CCAA / Chapter 11 US Proceedings, to either replace existing management team within 24 hours and develop an acceptable management team/restructuring plan or file for bankruptcy and refinance or sell the company in 30 days.

- **Strategic Planning:** Devised a turnaround plan within 24 hours with zero reduction in staff, which the Courts accepted as a first restructuring step to save creditors funds.
- **Operations:** Increased EBITDA run rate from $10M to $18M in 2 months. Motivated staff to improve service rate to approximately 98% on-time delivery. Increased sale value by $65M in 3 months.
- **Finance:** Delivered Sarbanes-Oxley quality due diligence support to potential lenders and purchasers to accelerate unconditional sale process ordered by Court.
- **Investor/Creditor Relations:** Restored credibility within three months, demonstrating to Court creditors and investors the true cash flow and real profitability.
- **Business Valuation:** Identified 2 acceptable buyers; convinced final buyer that true value was 2.5 times the gross margin of $125M resulting in nearly a 300% increase in purchaser's public company's stock value in 12 months.
- **Divestiture:** Repaid $3M bank debt in first month; sold company for $125M with all creditors paid.

**COO – KML** – Metal Fabrication/Onsite Construction (1997-1998)

http://ca.linkedin.com/in/peterjperley

**PETER J. PERLEY, CA** ● 416.565.5954 (M) ● pjperley@turnaround-ctm.com, http://ca.linkedin.com/in/peterjperley

Brought in by owners of cutting-edge venture to create a financing plan to raise start-up financing and develop a strategic plan for global product launch.

- **Capitalization & Finance:** Secured start-up financing of $8M. Restructured quotes, budgets, and cash flow.
- **Strategic Alliance:** Teamed with major GTA developers to launch operation globally.
- **Operations:** Rolled out plan from start-up to commercialization. Revamped manufacturing process to bring production. Produced 150 steel-framed homes in GTA in 1998; 1000 homes in 2002.
- **Marketing:** Revamped marketing strategy to focus on North America due to transportation costs and skilled labor availability together with economic pricing.
- **Business Development:** Managed global sales negotiations throughout South Africa and Egypt. Generated revenues of $10M.

**COO / Vice Chairman – Bailey Metal Group** – Building Products (1993-1997)

Brought in by BDO Dunwoody, PWC shareholders to this company on the brink of receivership ($40M debt; $98M drop in sales ($130M to $32M).

- **Restructuring:** Restructured company and improved gross margin 8% to 27%. Reduced headcount 60% while improving operations. Achieved best profitability and ROSE since 1989. Improved gross margin from 8% to 27% on net revenues ($2.4M to $16.2M).
- **Operations:** Accelerated inventory turns from 3-4/year to 30 with 98% on-time delivery, on-budget record, thereby freeing up over $16M in working capital by streamlining all logistics, production, and customer order to delivery cycle times. Negotiated prices and established processes to meet contractor and supplier requirements.
- **Lender Relations/Debt Reduction:** Restored credibility with lender; paid down bank debt 60% ($15M) in 2 years; repatriated company into Bank of Montreal's flagship loan portfolio.
- **Strategic Alliance/Business Development:** Forged an alliance with a US building products manufacturer (Celotex) and won Home Depot's business (became number 2 customer, from zero sales) which increased sales 60% ($32M to $59M) throughout Canada, US, Middle East and South America.
- **Union Relations:** Negotiated work performance concessions and wage agreements with 3 unions (Teamsters, Auto Workers, and Steelmakers).
- **Succession Planning:** Set up and trained sustainable, succession executive management team.
- **Lender Recognition:** Nominated "Entrepreneur of the Year" by Bank of Montreal.

## CORPORATE CAREER TRACK

**Senior Vice President, Finance – PHH** (PHH (Common Stock) NYSE) – ($150M global leasing, financial services, Real Estate company), Toronto, Ontario – 1986-1987

- Negotiated $50M line of credit; non-recourse cash flow-based operating line from Bank of Nova Scotia.
- Obtained tax savings of $1M; approved SEC filings.

**Vice President, Corporate Development – MSD Inc.** ($10M high-tech defense, aerospace manufacturer, contractor), Toronto, Ontario – 1985-1986

- Reduced workforce 70%; stabilized cash flow saving $5M annually; restructured debt; and introduced lean manufacturing for production of aerospace equipment for the F-16 fighter jet.

**Controller – John Wiley & Sons** (JW.A:NYSE) – (CDN $25M subsidiary of US multi-national publisher of educational, medical, scientific and textbooks journals), Canada Ltd., Toronto, Ontario – 1984-1985

- Resolved serious financial reporting issues resulting in a clean audit. Reduced overhead 15%; streamlined functions.

http://ca.linkedin.com/in/peterjperley

**PETER J. PERLEY, CA** • 416.565.5954 (M) • pjperley@turnaround-ctm.com, http://ca.linkedin.com/in/peterjperley

**Group Controller of 16 companies to VP of US Subsidiary – Indal Limited** (Public $750M Canada/US cross-border manufacturing company extrusions, roll forming, fabrication) – 1978-1983
- Turned around 6 subsidiary companies in 24 months; responsible for $120M revenue stream.
- Instrumental in M&A and organic growth from $180M to $750M.
- Created Transitional & Succession Management Teams for new Acquisitions

**Earlier Career:** Sr. Financial & Operational positions with **PWC, BDO, KPMG, Rothmans and Indal** – US, UK, Canada

## CREDENTIALS

| | |
|---|---|
| **Certifications CPA Equivalent** | Fellow Chartered Accountant (FCA), UK • Chartered Accountant (ACA)* Chartered Accountant (CA), Canada – Institute of Chartered Accountants of Ontario* |
| **Education** | Business Diploma, Nottingham England Nottingham Regional College of Technology, Nottingham, UK |
| **Board Of Directorships (Public & Private)** | PHH • The Bailey Group • Imperial Plastech • John Wiley & Sons • Med-Chem Health Care • Good Shepherd Ministries • KML - Genesis Bldg. • Innovations • Rothmans & Canadian Breweries, Subsidiaries |
| **Appointed as officer of the Court(s)** | Brown & Collett CCAA<br>Med-Chem Health Care CCAA and US Chapter 11<br>Imperial Plastech CCAA and US S 304<br>CashCode – Acted as Agent of Receiver with court approval |
| **Software Patent** | CEO/CFO Financial Statement Certification, Business Intelligence Software, "Cashteck" Canada |
| **Continuing Education** | Wharton "strategic value of customer relationships Fall 2014<br>Tony Robbins Best coaching, UPWI and DWD<br>Shirzad Chamine Positive Intelligence |

\* Practice as CA only