**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHAPTER 11**

IN RE:

**CASE NO. 6:15-bk-04855-KSJ**

**BEHAVIORAL SUPPORT SERVICES,**
**INC,**

*EMERGENCY*
*HEARING REQUESTED*
<u>*ON OR BEFORE JUNE 11, 2015*</u>

       **Debtor.**

_____/

**DEBTOR-IN-POSSESSION'S EMERGENCY MOTION**
**FOR AN ORDER AUTHORIZING PAYMENT OF**
**PRE-PETITION COMPENSATION AND DIRECTING**
**FINANCIAL INSTITUTIONS TO HONOR PRE-PETITION CHECKS**
<u>**FOR PAYMENT OF SAME AND REQUEST  FOR EMERGENCY HEARING**</u>

    **BEHAVIORAL SUPPORT SERVICES, INC.** ("BSS" or the "Debtor"), by and through its undersigned proposed counsel, moves for authority to pay pre-petition compensation (the "Motion"), and states as follows in support:

<u>**JURISDICTION, VENUE AND PROCEDURAL HISTORY**</u>

    1.     On June 2, 2015 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  No trustee, examiner, or official committee of unsecured creditors has been appointed.

    2.     The Debtor continues to operate its business and manage its property as debtor-in-possession under Bankruptcy Code[1] Sections 1101(1), 1107, and 1108.

---

[1] All references to the "Bankruptcy Code" herein shall refer to Title 11 of the United States Code.

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

## THE DEBTOR

4.      BSS is a Florida corporation that operates an out-patient care facility ("Care Facility") located at 801 Douglas Avenue, Suite 208, Altamonte Springs, Florida, 32714 and has operated at that location since January, 2013. The Care Facility specializes in providing and coordinating treatment for people with autism and other developmental disabilities, including disruptive behavior disorder, ADD/ADHD, depression, and bi-polar disorder. The Care Facility also provides mentoring programs for at-risk children, on-site psychiatric evaluations, medication management, psychosocial rehabilitation, and substance abuse treatment.

## EMPLOYEES

5.      BSS has 23 direct employees. No pre-petition wages are owed to the employees. However, BSS also employs approximately 255 service providers as independent contractors.[2] The independent contractors work in the medical profession and include medical doctors and mental health counselors and specialize in various areas of patient treatment and care.

6.      BSS's contractors are paid on a monthly basis. Contractors were last paid on May 15, 2015 for compensation due for the month of April. *Compensation due for the month of May is due to be paid on June 15, 2015.  BSS must submit payroll information to the company that*

---

[2] BSS's employees and BSS's contractors are paid on different schedules. BSS's direct employees are paid on a bi-weekly basis in arrears, while BSS's contractors are paid on a monthly basis in arrears.

*processes its payroll, ACH of America, LLC, by June 11, 2015, in order to ensure timely*
*processing for payment.*

7.      The total amount BSS pays to contractors on a monthly basis averages approximately $550,000, and this is the approximate amount BSS will need to pay on June 15, 2015. BSS is gathering the information regarding the exact dollar amount which will be owing to its contractors and expects to file an exhibit with the Bankruptcy Court no later than June 9, 2015 containing the precise dollar amount requiring payment. In the interim, and by way of example, attached hereto as **Exhibit "A"** is a true and correct list of BSS's contractors and the compensation paid to each for the last pre-petition payroll paid on May 15, 2015.

8.      None of the Debtor's independent contractors are "insiders" as that term is defined in 11 U.S.C. § 101(31).

9.      If the Debtor is not permitted to pay its contractors for their pre-petition services, they will not receive payment for work they have already performed which would irreparably harm morale. The Debtor needs its contractors to continue to serve its patients. If the Debtor is not able to pay the contractors for their pre-petition services, the Debtor's reorganization would be substantially jeopardized. The Debtor must be permitted to pay its contractors their unpaid prepetition compensation in order to obtain the stability necessary to transition to operating as debtor-in-possession. Because the contractors receive 1099 forms and are not "employees", the contractors are responsible for payment of their own taxes.

10.     Moreover, the pre-petition compensation owed constitutes priority claims pursuant to 11 U.S.C. § 507(a)(4)(A).

11.     As of the Petition Date: (i) not all compensation due prior to the Petition Date has been paid; (ii) not all accrued compensation for services rendered prior to the Petition Date became due prior to the Petition Date but will become due in the ordinary course in the

immediate future; and (iii) not all compensation checks issued prior to the Petition Date may have been presented for payment at financial institutions.

12.     To maintain the continuity of the Debtor's operations, to preserve the morale of the Debtor's labor force and to properly maintain and deliver quality of care, it is essential that the Debtor be permitted to pay compensation which has accrued but remains unpaid.

13.     The Debtor believes it is in the best interest of creditors for the requested payments to be authorized. No contractor will have a claim for an amount in excess of $11,725 for compensation earned pre-petition.

WHEREFORE, Behavioral Support Services, Inc., respectfully requests that this Court enter an order: (i) granting its request for an emergency hearing on or before June 11, 2015; (ii) granting its Motion for authority to pay pre-petition compensation; (iii) directing all banks and other financial institutions to honor pre-petition checks for payment of compensation and (iv) granting such other and further relief as is just and proper.

Respectfully submitted this 8th day of June, 2015.

/s/ Tiffany D. Payne
Tiffany D. Payne, Esq.
Florida Bar No.: 0421448
tpayne@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave. SunTrust
Center, Suite 2300
Orlando, Florida 32801-3432
Tel: (407) 649-4000
Fax: (407) 841-0168
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHAPTER 11**

IN RE:

**CASE NO. 6:15-bk-04855-KSJ**

**BEHAVIORAL SUPPORT SERVICES,**
**INC.,**

*EMERGENCY HEARING*
*REQUESTED ON*
*OR BEFORE JUNE 11, 2015*

Debtor.
_____/

**CERTIFICATION OF NECESSITY**
**OF REQUEST FOR EXPEDITED CONSIDERATION**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

*I CERTIFY FURTHER that there is a true necessity for expedited consideration, specifically to prevent damage to the Debtor as a going concern.* **If the Debtor is not permitted to pay contractors owing for pre-petition services related to patient care, contractors will not receive payment for services already rendered which would irreparably harm morale. The Debtor needs its contractors to continue to maintain and provide high quality patient care. If the Debtor is not able to pay contractors for prepetition services and patient care, the Debtor's reorganization would be substantially jeopardized.** *The Debtor estimates that approximately 15 minutes will be necessary for a hearing on this Motion and that a similar amount of time may be required for a final hearing.*

I CERTIFY FURTHER that the necessity of this expedited consideration request has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of Federal Rule of Bankruptcy Procedure 9011 and the consequences of noncompliance with same.

DATED this 8th day of June, 2015.

/s/ Tiffany D. Payne_____
Tiffany D. Payne, Esquire
407-649-4079

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

**BEHAVIORAL SUPPORT SERVICES, INC.,**

Debtor.

_____/

**CHAPTER 11**

**CASE NO. 6:15-bk-04855-KSJ**

**EMERGENCY HEARING REQUESTED ON OR BEFORE JUNE 11, 2015**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING PAYMENT OF PRE-PETITION COMPENSATION AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR PRE-PETITION CHECKS FOR PAYMENT OF SAME AND REQUEST FOR EMERGENCY HEARING AND CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING, together with all exhibits, has been furnished either electronically or by U.S. First Class, postage prepaid mail to: *(Debtor)* Behavioral Services Support, Inc., 801 Douglas Avenue, Suite 208, Altamonte Springs, FL 32714; All Creditors and Parties-In-Interest; and furnished by electronic mail, first class U.S. mail, postage prepaid and facsimile (407.648.6323) to: Timothy Laffredi, The United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210, this 8th day of June, 2015.

/s/ Tiffany D. Payne_____
Tiffany D. Payne, Esq.

Label Matrix for local noticing
113A-6
Case 6:15-bk-04855-KSJ
Middle District of Florida
Orlando
Mon Jun  8 13:33:46 EDT 2015

Behavioral Support Services, Inc.
801 Douglas Avenue
Suite 208
Altamonte Springs, FL 32714-5206

ABF AdvanceMD
PO Box 95350
South Jordan, UT 84095-0350

Adaptive Infotech
2810 NE 55th Street
Fort Lauderdale, FL 33308-3450

Aetna
PO Box 14079
Lexington, KY 40512-4079

Agency for Persons with
Disabilities
400 S. Robinson Street
Suite S430
Orlando, FL 32801

Air Flow Designs
250 Jasmine Road
Casselberry, FL 32707-5321

Amerigroup
Case # C14-1313
PO Box 75548
Baltimore, MD 21275-5548

Amerigroup - Healthy Kids
4200 W. Cypress Street
Tampa, FL 33607-4156

Amerigroup - MD
4200 W. Cypress Street
Tampa, FL 33607-4156

Autism
State of FL Medicaid
Tallahassee, FL 32301

Beacon/Prestige - MD
2 Alhambra Plaza
Suite 500
Coral Gables, FL 33134-5237

Bright House Networks
PO Box 31337
Tampa, FL 33631-3337

CBC of Central Florida
4001 Pelee St.
Orlando, FL 32817-3100

CIT Finance LLC
10201 Centurion Parkway N.
#100
Jacksonville, FL 32256-4114

Capital One Spark Visa Card
PO Box 71083
Charlotte, NC 28272-1083

Cenpatico - MD
SUNSHINE
3505 East Frontage Road
Suite 300
Tampa, FL 33607-1791

CenturyLink
PO Box 1319
Charlotte, NC 28201-1319

Children's Home Society
5768 S. Semoran Blvd.
Orlando, FL 32822-4818

Children's Medical Services
McKesson / CMS XX1
401 Gills Drive
Orlando, FL 32824-7855

Cigna Behavioral Health, Inc
Attn: Claims Service Dept.
P.O. Box 188022
Chattanooga, TN 37422-8022

Community Direct Care
4001 Pelee St.
Orlando, FL 32817-3100

Corvus of Orlando, LLC
815 W. Weed Street
Chicago, IL 60642-2537

Doris Duan-Young
Samuel Young
8220 Firenze Blvd.
Orlando, FL 32836-8767

Douglas Center LLC
8220 Firenze Blvd.
Orlando, FL 32836-8767

Firetronics, Inc.
PO Box 162286
Altamonte Springs, FL 32716-2286

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Harmony - Healthy Kids
WELLCARE
8735 Henderson Road
Tampa, FL 33634-1143

Harmony - MD
WELLCARE
8735 Henderson Road
Tampa, FL 33634-1143

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Lauris Online
419 Salem Avenue
Roanoke, VA 24016-3613

Magellan
PO Box 2097
Maryland Heights, MO 63043-0897

Med Waiver
State of FL Medicaid
Tallahassee, FL 32301

Medicaid
State of FL Medicaid
Tallahassee, FL 32301

Milestone Social Services,
Inc.
5324 Pineview Way
Apopka, FL 32703-1963

Molina
Psychcare LLC
10200 Sunset Drive
Miami, FL 33173-3033

Ped-I-Care / Pediatric
Integrated Care System
1701 SW 16th Avenue
Gainesville, FL 32608-1153

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Psych Care
Simply Healthcare
10200 Sunset Drive
Miami, FL 33173-3033

Seminole County Tax
Collector
P.O. Box 630
Sanford, FL 32772-0630

Seminole County Tax Collector
Attn:  Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

Seminole County Water
and Sewer
PO Box 958443
Lake Mary, FL 32795-8443

Silver Star and Gateway
4000 Silver Star Road
Orlando, FL 32808-4634

Sterling Window Cleaning
776 Bennett Drive
Suite 105
Longwood, FL 32750-6392

Substance Abuse
State of FL Medicaid
Tallahassee, FL 32301

Title 19 - CMS
McKesson/MED 3000
401 Gills Drive
Orlando, FL 32824-7855

Title 21 - HSA
McKesson/CMS XX1
401 Gills Drive
Orlando, FL 32824-7855

Tricare
Tricare South Region
PO Box 7031
Camden, SC 29021-7031

United - Healthy Kids
OPTUM
495 N. Keller Road
#200
Maitland, FL 32751-8656

United Health - MD
OPTUM
495 N. Keller Road
#200
Maitland, FL 32751-8656

Vaco Orlando, LLC
485 N. Keller Road
Suite 451
Maitland, FL 32751-7506

Zephyrhills Water
6661 Dixie Hwy
Suite 4
Louisville, KY 40258-3950

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Timothy S Laffredi +
Office of the United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801-2440

Tiffany D Payne +
Baker Hostetler
PO Box 112
Orlando, FL 32802-0112

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    58
Bypassed recipients     2
Total                  60

# EXHIBIT  "A"

## BEHAVIORAL SUPPORT SERVICES, INC.
## MAY 2015 CONTRACTOR'S COMPENSATION

| Staff | FinalPay | PrintAs |
|---|---|---|
| Acevedo-Nieves, Laura | $484.00 | |
| Adams, Cleverick | $0.00 | |
| Adderley, Brian | $1,750.00 | |
| Aguilar, Fernanda | $1,401.00 | |
| Aguilar, Mayelin | $5,915.00 | |
| Allen, Alisha | $1,894.00 | |
| Alvarez, Kisha | $2,365.00 | |
| Archer, Veronica | $2,175.00 | |
| Arias, Gloria | $4,435.00 | G. Arias Consulting, Inc. |
| Arimont-Candelaria, Yaritza | $4,500.00 | |
| Barboza, Imari | $305.00 | |
| Barnes, Ebonie | $3,200.00 | Ebonie A. Barnes, LMHC, PA |
| Barreto, Jose | $2,940.00 | Nu-View |
| Barreto, Olga | $1,440.00 | Nu-View |
| Barrios, Yanier | $1,450.00 | |
| Bashir, Rahila | $680.00 | |
| Betz, Diana | $5,438.00 | |
| Blanchard, Wilner | $1,426.00 | |
| Borieo, Danielle | $6,400.00 | |
| Bosse, Isaac | $3,770.00 | |
| Brathwaite, Venetta | $924.00 | |
| Bravo, Jarenice | $1,034.00 | |
| Brost, Gerard | $336.00 | |
| Brown, Ralston | $2,723.00 | |
| Bunch, Melanie | $1,672.00 | |
| Bush, Patricia | $5,921.25 | |
| Byfield, Marianne | $3,811.00 | |
| Calcano, Rafael | $185.00 | |
| Calderon, Margarita | $1,650.00 | |
| Callender, Rachaun | $85.00 | |
| Carbajal, Juanita | $1,170.00 | |
| Carrasquillo, Gabriel | $2,940.00 | |
| Carrasquillo, Natalia | $1,785.00 | |
| Carrozza, Mariana | $3,170.00 | |
| Carvalho, Tammy | $904.00 | |
| Castrillon, Esperanza | $8,784.00 | Gloria Castrillon Lopez |
| Cervantes, Juan Carlos | $1,445.00 | |
| Chacin, Lennyn | $2,708.00 | |
| Cherfrere, Kea | $198.00 | |

1

| | | |
|---|---|---|
| Chisholm, Heather | $2,460.00 | |
| Cisneros, Imara | $1,043.50 | |
| Claudio, Frances | $800.00 | |
| Clavijo, Mario | $690.00 | |
| Clavijo, Patricia | $875.00 | |
| Clinton, Gwendolyn | $3,180.00 | |
| Coleman, Richard | $1,535.00 | |
| Conley, David | $2,116.00 | |
| Conyers, Rick | $704.00 | |
| Cook, Ashley | $204.00 | |
| Cooper, Jenema | $203.50 | |
| Costa, Rachel | $575.00 | |
| Cousar, Sonja | $928.00 | |
| Crayton, Freda | $2,190.00 | |
| Croy, Leah | $121.00 | |
| Cruz, Elizabeth | $1,075.00 | |
| Cunningham, Robert | $155.00 | |
| Curtis, Dawn | $515.00 | |
| Daniel, John | $1,680.00 | |
| Davis, Linette | $1,850.00 | |
| Davis, Nickolas | $112.00 | |
| De Gregorio, Maria | $5,955.00 | |
| Deans Graham, Ardene | $540.00 | |
| Delgado, Eduardo | $2,668.00 | |
| Devgun, Preety | $200.00 | |
| Diaz, Jocelynne | $3,185.00 | |
| Dismuke, Desiree | $220.00 | |
| Dixon, Tara | $1,995.00 | |
| Dominique-Athis, Michelet | $3,753.00 | |
| Doty, Sharilee | $934.00 | |
| Dulay, Christine | $2,234.00 | |
| Easterbrook, Ashley | $1,089.00 | |
| Eaton, Christian | $325.00 | |
| Echeazu, Chioma | $175.50 | |
| Elaam, Shannon | $3,740.00 | |
| Elliott, Brittany | $379.50 | |
| Escarria, Maritza | $3,535.00 | |
| Farmer, Sheila | $1,221.00 | |
| Feacher-Jones, Jean | $680.00 | |
| Fedewa, Brandy | $5,215.00 | |
| Feigenbaum, Ernest | $2,418.00 | |
| Figueroa-Rangel, Nikos | $4,080.00 | Figueroa & Medina Counseling Services, Inc. |
| Fisher, Daniel | $728.00 | |
| Fletcher, Debra | $1,270.00 | |
| Fletcher, Jesse | $5,280.00 | |
| Fowler, Cecilio | $1,800.00 | |

| | | |
|---|---|---|
| Fowler, Stacey | $5,740.00 | |
| Frazier, LaQuandra | $302.50 | |
| Funes, Roland | $1,160.00 | |
| Garcia, Diego | $3,760.00 | |
| Gaspard, Dominique | $460.00 | |
| Gates, Christopher | $1,450.25 | |
| Geraca, Rachele | $3,725.00 | |
| Gladden, Temia | $1,335.00 | |
| Gordon, Stephen | $1,281.00 | |
| Graham, Lisa | $1,134.00 | |
| Granjean, Roger | $487.00 | |
| Gray, Jacqueline | $1,475.00 | |
| Griffin, Joann | $375.00 | |
| Guzman, Carmen | $2,990.00 | |
| Hawkins, Aaron | $2,545.00 | |
| Hawthorne, Eleanor | $561.00 | |
| Hefley, Anya | $825.00 | |
| Helmes, Vanessa | $3,240.00 | |
| Henry, Tiffany | $5,790.00 | |
| Hoffman, Constance | $3,595.00 | |
| Hohenberg, Zachary | $3,475.00 | |
| Hooper, Stephanie | $1,386.25 | |
| Hosmer, Gina | $6,029.00 | |
| Hulbert, Victoria | $3,286.00 | |
| Inman, Enaris | $105.00 | |
| Jacob, Leah | $330.00 | |
| James, Rosa | $372.00 | |
| Jaramillo, Daniela | $1,800.00 | |
| Jerry, Angela | $1,098.00 | |
| Joe, Donta | $885.00 | |
| Johnson, Ashley | $2,260.00 | |
| Johnson, Robin | $915.50 | |
| Johnson, Tameka | $1,345.00 | |
| Kaiser, Sandra | $1,425.00 | |
| Kimble, Trinity | $2,470.00 | |
| King-Ferro, Debra | $1,920.00 | |
| Kinsey, Lidia | $2,708.00 | |
| Kiriakos, Mariam | $1,695.00 | |
| Latorre, Yohara | $2,700.00 | |
| Lawrence, Janice | $335.00 | |
| Lello, Lisa | $5,185.00 | |
| Lieng, Ravy | $896.00 | |
| Lilly, Shanay | $182.00 | |
| Lima, Valerie | $561.00 | |
| Lopez, Benjamin | $4,951.50 | Lopez Counseling, LLC |
| Loristin, Fabiola | $560.00 | |
| Lucas, Laura | $4,190.00 | |

3

| | | |
|---|---|---|
| Lundell, April | $456.50 | |
| Lutzow, Bree | $1,497.00 | |
| Lyon, Jesse | $1,152.25 | |
| Manning, Isaac | $1,925.00 | |
| Marcano, Vanessa | $3,820.00 | |
| Marin, Grace | $1,355.00 | |
| Marrero, Elim | $6,221.50 | Lucas Kids Corp. |
| Marti, Yolanda | $192.00 | |
| Martin, Shamara | $242.00 | |
| Mathes, Clyde | $1,240.00 | |
| Mayfield, Mellonese | $234.00 | |
| Maysonet, Johanel | $6,080.00 | |
| McDougald, Bambi | $1,200.00 | |
| McKenney, Kristyn | $2,150.00 | |
| Medina, Noemi | $6,855.00 | |
| Medina-Ruiz, Nidia | $4,030.00 | Figueroa & Medina Counseling Services, Inc. |
| Mendoza, Hermas | $354.00 | |
| Metellus, Lucner | $112.00 | |
| Meyler, Fred | $305.25 | |
| Mike, Terence | $497.75 | |
| Miller, Katricia | $5,556.50 | |
| Mizell, Ebony | $5,485.00 | |
| Mizell, William | $2,020.00 | |
| Mondesir, Shauntae | $1,028.00 | |
| Monje, Jennifer | $3,365.00 | |
| Montalvo, Tatyana | $960.00 | |
| Montfort, Elyse | $5,418.00 | |
| Mora, Sandra | $2,915.00 | |
| Muller, Vera | $1,335.00 | |
| Muniz, Delly | $1,842.50 | |
| Napelbaum, Anna | $847.00 | |
| Neal, Brittani | $739.75 | |
| Negron, Amy | $5,870.00 | |
| Negron, Veronica | $5,855.00 | |
| Newman, Margaret | $43.00 | |
| Norberg, Craig | $5,893.29 | |
| Nortelus, Anne | $112.50 | |
| Nute, David Greg | $5,125.00 | |
| Ocana, Ana | $6,650.00 | |
| Olvera, Isabel | $879.00 | |
| Ortiz Lopez, Juan | $1,562.00 | |
| Ortiz, Natasha | $3,050.00 | |
| Ortiz, Solange | $6,865.00 | |
| Pacheco, Ashley | $180.00 | |
| Palmisano, Andrew | $954.25 | |
| Patterson, Darrell | $588.00 | |

| Name | Amount | Notes |
|---|---:|---|
| Penn, Amanda | $309.00 | |
| Perez Bermudez, Angel | $5,640.00 | |
| Perez, Yylian | $8,160.00 | |
| Poleon, Cicely | $2,272.00 | |
| Ponds, Calvin | $570.00 | |
| Prato, Daniela | $3,845.00 | |
| Prevost, Daniel | $922.50 | |
| Ramos, Elisa | $1,290.00 | |
| Ramos, Elizabeth | $900.00 | |
| Ramos, Erica | $332.75 | |
| Ramos, Jordanis | $297.00 | |
| Ramos, Scott | $517.00 | |
| Ramos, Tracy | $1,000.00 | |
| Ray, Lamar | ($260.00) | |
| Reid, Sophia | $1,435.00 | |
| Rich, Claire | $4,068.00 | Claire Rich Lottman Behavioral Services, LLC |
| Richards, Andrea | $879.00 | |
| Rivera, Norma | $2,064.00 | |
| Rivera, Ricardo | $2,485.00 | S. Vargas Enterprises, Inc. |
| Rivers, LaRhonda | $613.25 | |
| Robinson, Kadija | $1,386.00 | |
| Rodriguez, Adriana | $1,047.00 | |
| Rodriguez, Ana | $6,635.00 | |
| Rodriguez, Geisha | $5,165.00 | |
| Rojas-Watson, Angela | $1,070.00 | |
| Romero, Olga | $2,943.00 | |
| Roosevelt, Delta | $663.00 | |
| Rosario, Jennifer | $7,702.50 | |
| Roughneen, Joseph | $3,540.00 | Inspirations LLC, ABA |
| Ruiz, Brenda | $795.00 | |
| Russell, Charles | $3,130.00 | |
| Salgado, Cynthia | $1,075.00 | |
| Sanchez, Raquel | $2,950.00 | |
| Sanchez, Ricardo | $3,720.00 | |
| Santiago, Orlando | $1,440.00 | |
| Savoca, Alexandrea | $1,017.25 | |
| Schuur, Jeffrey | $1,275.00 | |
| Scott, Russell | $1,656.00 | |
| Scott, Taneha | $5,825.00 | |
| Searight, Joyel | $288.00 | Counseling LLC, Truth Revealed |
| Sgambati, Jamie | $539.00 | |
| Shaw, Wellington | $886.00 | Tony Shaw |
| Sherman, Jessie | $2,877.50 | |
| Silva, Glaucigleide | $4,760.00 | GSP Support Inc. |
| Siravo, Michael | $56.00 | |
| Songie, Randy | $1,243.00 | |

| | | |
|---|---:|---|
| Stephens III, Charles | $2,890.00 | |
| Stewart, Crystal | $1,205.00 | |
| Stokes, Ashley | $2,120.00 | |
| Sykes, Cerissa | $3,696.75 | |
| Tennon, Jamal | $168.00 | |
| Texeira, Vangie | $4,985.00 | |
| Thomas, Lucille | $1,675.00 | |
| Thrift, Belinda | $784.00 | |
| Toledo Diaz, Kaisha | $1,800.00 | |
| Toney, Syntyche | $541.75 | |
| Urgelles Del Toro, Rolando | ($275.00) | |
| Vargas, Maria | $2,928.00 | |
| Vargas, Suhail | $4,385.00 | S. Vargas Enterprises, Inc. |
| Veal, Michael | $590.00 | |
| Velazquez III, Carlos | $4,781.00 | |
| Vyas, Veda | $960.00 | |
| Wagner, Nicole | $486.00 | |
| Walker, Amanda | $0.00 | |
| Waller, Helen | $1,890.00 | |
| Washington, Chiquita | $1,397.00 | |
| Welch, Terrell | $8,730.00 | |
| Williams, Brianna | $730.00 | |
| Williams, Duran | $420.00 | |
| Williams, Evelyn | $1,042.00 | |
| Williams, Kentisha | $462.00 | |
| Wilson, Amanda | $2,000.00 | |
| Wipperfurth, Barbara | $3,745.00 | |
| Young, Melissa | $264.00 | |
| Zacharis Whitfield, Neena | $3,042.00 | |
| Zeller, Tara | $3,691.00 | |

$542,556.54