**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| **IN RE:** | **CHAPTER 11** |
|  | **CASE NO. 6:15-bk-04855-KSJ** |
| **BEHAVIORAL SUPPORT SERVICES, INC.,** |  |
| **Debtor.** |  |
| _____/ |  |

**NOTICE OF FILING OF AMENDED EXHIBIT "A" TO DOC. NO. 15**

BEHAVIORAL SUPPORT SERVICES, INC. ("BSS"), by and through its undersigned counsel, hereby files this Amended Exhibit "A" to Doc. No. 15, which amended exhibit reflects the precise pre-petition dollar amount owing to BSS's employee contractors for the month of May, 2015, due to be paid on June 15, 2015.

Dated: June 11, 2015

/s/ Tiffany D. Payne
Tiffany D. Payne, Esq.
Florida Bar No.: 0421448
tpayne@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Ave. SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Tel: (407) 649-4000
Fax: (407) 841-0168
Attorneys for Debtor

606615951.1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**                                                                                           **CHAPTER 11**

**CASE NO. 6:15-bk-04855-KSJ**

**BEHAVIORAL SUPPORT SERVICES, INC.,**

      **Debtor.**
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of NOTICE OF FILING AMENDED EXHIBIT "A" TO DOC. NO. 15, has been furnished by electronic transmission, by facsimile and/or by U.S. First Class, postage prepaid mail to: (Debtor) Behavioral Services Support, Inc., 801 Douglas Avenue, Suite 208, Altamonte Springs, FL 32714; Timothy Laffredi, Esq., United States Trustee, Office of The United States Trustee , George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210; and the All Creditors and Parties-In-Interest Matrix, along with its List of Emails and/or fax numbers attached to the original Notice filed with Court, this 11th day of June, 2015.

                                                  /s/ Tiffany D. Payne
                                                  Tiffany D. Payne, Esq.

```
Label Matrix for local noticing          Behavioral Support Services, Inc.        ADP AdvanceMD
113A-6                                    801 Douglas Avenue                       PO Box 95350
Case 6:15-bk-04855-KSJ                    Suite 208                                South Jordan, UT 84095-0350
Middle District of Florida                Altamonte Springs, FL 32714-5206
Orlando
Mon Jun  8 13:33:46 EDT 2015

Adaptive Infotech                         Aetna                                    Agency for Persons with
2810 NE 55th Street                       PO Box 14079                             Disabilities
Fort Lauderdale, FL 33308-3450            Lexington, KY 40512-4079                 400 S. Robinson Street
                                                                                   Suite S430
                                                                                   Orlando, FL 32801


Air Flow Designs                          Amerigroup                               Amerigroup - Healthy Kids
250 Jasmine Road                          Case # C14-1313                          4200 W. Cypress Street
Casselberry, FL 32707-5321                PO Box 75548                             Tampa, FL 33607-4156
                                          Baltimore, MD 21275-5548



Amerigroup - MD                           Autism                                   Beacon/Prestige - MD
4200 W. Cypress Street                    State of FL Medicaid                     2 Alhambra Plaza
Tampa, FL 33607-4156                      Tallahassee, FL 32301                    Suite 500
                                                                                   Coral Gables, FL 33134-5237



Bright House Networks                     CBC of Central Florida                   CIT Finance LLC
PO Box 31337                              4001 Pelee St.                           10201 Centurion Parkway N.
Tampa, FL 33631-3337                      Orlando, FL 32817-3100                   #100
                                                                                   Jacksonville, FL 32256-4114


Capital One Spark Visa Card               Cenpatico - MD                           CenturyLink
PO Box 71083                              SUNSHINE                                 PO Box 1319
Charlotte, NC 28272-1083                  3505 East Frontage Road                  Charlotte, NC 28201-1319
                                          Suite 300
                                          Tampa, FL 33607-1791


Children's Home Society                   Children's Medical Services              Cigna Behavioral Health, Inc
5768 S. Semoran Blvd.                     McKesson / CMS XX1                       Attn: Claims Service Dept.
Orlando, FL 32822-4818                    401 Gills Drive                          P.O. Box 188022
                                          Orlando, FL 32824-7855                   Chattanooga, TN 37422-8022



Community Direct Care                     Corvus of Orlando, LLC                   Doris Duan-Young
4001 Pelee St.                            815 W. Weed Street                       Samuel Young
Orlando, FL 32817-3100                    Chicago, IL 60642-2537                   8220 Firenze Blvd.
                                                                                   Orlando, FL 32836-8767



Douglas Center LLC                        Firetronics, Inc.                        Florida Department of Revenue
8220 Firenze Blvd.                        PO Box 162286                            Bankruptcy Unit
Orlando, FL 32836-8767                    Altamonte Springs, FL 32716-2286         Post Office Box 6668
                                                                                   Tallahassee FL 32314-6668


Florida Dept. of Revenue                  Harmony - Healthy Kids                   Harmony - MD
Attn: Executive Director                  WELLCARE                                 WELLCARE
5050 W. Tennessee Street                  8735 Henderson Road                      8735 Henderson Road
Tallahassee, FL 32399-0100                Tampa, FL 33634-1143                     Tampa, FL 33634-1143
```

| | | |
|---|---|---|
| Internal Revenue Service<br>850 Trafalgar Court<br>Suite 200<br>Maitland, FL 32751-4168 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Lauris Online<br>419 Salem Avenue<br>Roanoke, VA 24016-3613 | Magellan<br>PO Box 2097<br>Maryland Heights, MO 63043-0897 | Med Waiver<br>State of FL Medicaid<br>Tallahassee, FL 32301 |
| Medicaid<br>State of FL Medicaid<br>Tallahassee, FL 32301 | Milestone Social Services,<br>Inc.<br>5324 Pineview Way<br>Apopka, FL 32703-1963 | Molina<br>Psychcare LLC<br>10200 Sunset Drive<br>Miami, FL 33173-3033 |
| Ped-I-Care / Pediatric<br>Integrated Care System<br>1701 SW 16th Avenue<br>Gainesville, FL 32608-1153 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 | Psych Care<br>Simply Healthcare<br>10200 Sunset Drive<br>Miami, FL 33173-3033 |
| Seminole County Tax<br>Collector<br>P.O. Box 630<br>Sanford, FL 32772-0630 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Seminole County Water<br>and Sewer<br>PO Box 958443<br>Lake Mary, FL 32795-8443 |
| Silver Star and Gateway<br>4000 Silver Star Road<br>Orlando, FL 32808-4634 | Sterling Window Cleaning<br>776 Bennett Drive<br>Suite 105<br>Longwood, FL 32750-6392 | Substance Abuse<br>State of FL Medicaid<br>Tallahassee, FL 32301 |
| Title 19 - CMS<br>McKesson/MED 3000<br>401 Gills Drive<br>Orlando, FL 32824-7855 | Title 21 - HSA<br>McKesson/CMS XX1<br>401 Gills Drive<br>Orlando, FL 32824-7855 | Tricare<br>Tricare South Region<br>PO Box 7031<br>Camden, SC 29021-7031 |
| United - Healthy Kids<br>OPTUM<br>495 N. Keller Road<br>#200<br>Maitland, FL 32751-8656 | United Health - MD<br>OPTUM<br>495 N. Keller Road<br>#200<br>Maitland, FL 32751-8656 | Vaco Orlando, LLC<br>485 N. Keller Road<br>Suite 451<br>Maitland, FL 32751-7506 |
| Zephyrhills Water<br>6661 Dixie Hwy<br>Suite 4<br>Louisville, KY 40258-3950 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Elizabeth A Green +<br>Baker & Hostetler LLP<br>200 S Orange Ave<br>Suntrust Center, Suite 2300<br>Orlando, FL 32801-3432 |
| Timothy S Laffredi +<br>Office of the United States Trustee<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2440 | Tiffany D Payne +<br>Baker Hostetler<br>PO Box 112<br>Orlando, FL 32802-0112 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     2<br>Total                  60 |

| | Entity | email | Fax |
|---|---|---|---|
| | **BEHAVIORAL SUPPORT SERVICES, INC. - Case No. 6:15-bk-4855-KSJ** | | |
| 1 | Timothy Laffredi, Esq., US Trustee | timothy.s.laffredi@usdoj.gov | 407.648-6323 |
| 2 | Adaptive Infotech | rabrams@thereinventedwheel.com | 954.919-9940 |
| 3 | Agency for Persons with Disabilities | apd.info@apdcares.org | |
| 4 | Air Flow Designs | donna.thomason@airflowdesigns.com | 407.831.2893 |
| 5 | American Living | samuelsyoung@yahoo.com | |
| 6 | Amerigroup | MPSWeb@amerigroup.com | |
| 7 | Capital One Spark Visa | sparkbusinessbanking@capitalone.com | |
| 8 | Century Link | NONE | 866.515.2976 866.689.5582 |
| 9 | Corvus of Orlando | Jmoran@corvusjanitorial.com (Joe Moran) | 321.972.1837 |
| 10 | Firetronics | NONE | 407.774.2074 |
| 11 | Ken Hamlin | kenjhomes@gmail.com | |
| 12 | Lauris Online | Jbg@integratedimaging.com James Garner | 540.343.3775 |
| 13 | Locum Tenens | tmcafee@jacksonhealthcare.com Tiffany McAfee | 678.658.4590 |
| 14 | Milestone Social Services | samuelsyoung@yahoo.com | |
| 15 | RN Expertise | | 407.865.7993 |
| 16 | Seminole County Water and Sewer | WSCustomerService@seminolecountyfl.gov | |
| 17 | Sterling Window Cleaning | | 407.830.4673 |
| 18 | The Fire Extinguisher Co. | brooke@firexco.com | |
| 19 | Vaco Orlando, LLC | | 407.712.7868 |
| 20 | Waste Pro | mvelez@wasprousa.com | 407-869-8884 |
| 21 | Zephyrhills Water | | 866.722.1386 |
| 22 | ACH of America LLC | csiegel@achcorp.com | 407.788.0180 |
| 23 | ADP AdvancedMD (Corp. Office) | | 973.974.3399 |
| 24 | Aetna | | 859.264.7354 |
| 25 | Brighthouse | fle-businesssolutions@mybrighthouse.com | 407.215.8737 |
| 26 | Children's Home Society | damaris.martinez@chsfl.org | 407.896.7760 |
| 27 | Children's Medical Services | | 407.856.6573 |
| 28 | CIGNA Behavioral Health, Inc. | | 603.268.7973 |
| 29 | Doris & Samuel Young | samuelsyoung@yahoo.com | |
| 30 | Douglas Center LLC | samuelsyoung@yahoo.com | |
| 31 | Florida Dept of Revenue | | 850.488.7112 |
| 32 | Florida Dept of Revenue-Ex Director | | 850.488.7112 |
| 33 | Harmony Healthy Kids - WELLCARE | | 800.877.6879 |
| 34 | IRS - Maitland | *Several attempts made to obtain an email or fax number* | |
| 35 | IRS - PA | *Several attempts made to obtain an email or fax number* | |
| 36 | Magellan | | 888.656.1841 |
| 37 | Med Waiver Medicaid | | 352.436.4183 |

|    |                                          |                                                             |              |
|----|------------------------------------------|-------------------------------------------------------------|--------------|
| 38 | Medicaid                                 |                                                             | 352.436.4183 |
| 39 | Molina Psychcare LLC                     |                                                             | 800.370.1116 |
| 40 | Ped-I-Care / Pediatric                   |                                                             | 352.955.6518 |
| 41 | Pitney Bowes - Pittsburgh PA             |                                                             | 203.617.3443 |
| 42 | Psych Care - Simply Healthcare           |                                                             | 800.370.1116 |
| 43 | Seminole County Tax Collector            |                                                             | 407.665.7920 |
| 44 | Silverstar and Gateway                   |                                                             | 407.992.0311 |
| 45 | Substance Abuse - Medicaid               |                                                             | 850.273.6572 |
| 46 | Title 19 CMS (401 Gills Drive location)  |                                                             | 941.219.4613 |
| 47 | Title 21 HAS                             |                                                             | 407-479-3827 |
| 48 | Tricare / ATTN: Priority Correspondence  |                                                             | 800.439.7482 |
| 49 | United Healthy Kids                      | *Several attempts made to obtain an email or fax number*    |              |

# AMENDED EXHIBIT A

| Staff | FinalPay |
|---|---|
| Acevedo-Nieves, Laura | $594 |
| Adderley, Brian | $1,005 |
| Aguilar, Mayelin | $5,366 |
| Alvarez, Kisha | $790 |
| Archer, Veronica | $1,220 |
| Arias, Gloria | $5,310 |
| Arimont-Candelaria, Yaritza | $5,060 |
| Barnes, Ebonie | $1,636 |
| Barreto, Jose | $3,560 |
| Barreto, Olga | $300 |
| Barrios, Yanier | $2,320 |
| Bashir, Rahila | $342 |
| Blanchard, Wilner | $418 |
| Borieo, Danielle | $5,720 |
| Bosse, Isaac | $4,675 |
| Brathwaite, Venetta | $568 |
| Bravo, Jarenice | $325 |
| Breaux, Veronica | $230 |
| Brost, Gerard | $176 |
| Brown, Ralston | $1,830 |
| Bunch, Melanie | $1,639 |
| Bush, Patricia | $6,050 |
| Byfield, Marianne | $1,224 |
| Calcano, Rafael | $30 |
| Calderon, Margarita | $1,782 |
| Carrasquillo, Gabriel | $3,505 |
| Carrasquillo, Natalia | $2,635 |
| Carrozza, Mariana | $3,775 |
| Carvalho, Tammy | $710 |
| Castrillon, Esperanza | $7,289 |
| Cervantes, Juan Carlos | $980 |
| Cherfrere, Kea | $329 |
| Chisholm, Heather | $2,488 |
| Christopher, Ashley | $110 |
| Cisneros, Imara | $354 |
| Claudio, Frances | $480 |
| Clinton, Gwendolyn | $2,550 |
| Coleman, Richard | $1,630 |
| Conley, David | $2,440 |
| Conyers, Rick | $832 |
| Cook, Ashley | $324 |
| Cousar, Sonja | $392 |
| Crayton, Freda | $1,440 |

| Name | Amount |
|---|---|
| Cruz, Elizabeth | $1,040 |
| Cunningham, Robert | $214 |
| Curtis, Dawn | $450 |
| Daniel, John | $500 |
| Davis, Linette | $542 |
| Davis, Nickolas | $680 |
| De Gregorio, Maria | $5,645 |
| Deans Graham, Ardene | $220 |
| Delgado, Eduardo | $2,580 |
| Diaz, Jocelynne | $2,870 |
| Doty, Sharilee | $498 |
| Dulay, Christine | $2,194 |
| Easterbrook, Ashley | $564 |
| Escarria, Maritza | $2,590 |
| Farmer, Sheila | $358 |
| Feacher-Jones, Jean | $424 |
| Fedewa, Brandy | $1,850 |
| Feigenbaum, Ernest | $1,977 |
| Figueroa-Rangel, Nikos | $5,180 |
| Fisher, Daniel | $688 |
| Fletcher, Jesse | $3,560 |
| Fourcand, Rolando | $70 |
| Fowler, Cecilio | $2,220 |
| Fowler, Stacey | $5,135 |
| Frazier, LaQuandra | $517 |
| Frazier, Shampree | $220 |
| Funes, Roland | $1,340 |
| Garcia, Diego | $4,480 |
| Geraca, Rachele | $3,905 |
| Gladden, Temia | $1,440 |
| Gordon, Stephen | $1,383 |
| Graham, Lisa | $1,196 |
| Granjean, Roger | $168 |
| Gray, Jacqueline | $1,640 |
| Griffin, Joann | $225 |
| Guzman, Carmen | $3,380 |
| Hawkins, Aaron | $2,540 |
| Hefley, Anya | $507 |
| Helmes, Vanessa | $2,205 |
| Henry, Tiffany | $5,595 |
| Hodge, Jenae | $165 |
| Hoffman, Constance | $3,170 |
| Hohenberg, Zachary | $2,115 |
| Hosmer, Gina | $5,843 |

| Name | Amount |
|---|---|
| Hulbert, Victoria | $2,542 |
| Inman, Enaris | $275 |
| James, Rosa | $260 |
| Jaramillo, Daniela | $2,850 |
| Jerry, Angela | $1,018 |
| Joe, Donta | $2,190 |
| Johnson, Ashley | $2,800 |
| Johnson, Robin | $1,322 |
| Johnson, Tameka | $1,490 |
| Kaiser, Sandra | $845 |
| Kimble, Trinity | $1,190 |
| King-Ferro, Debra | $1,630 |
| Kinsey, Lidia | $2,210 |
| Kiriakos, Mariam | $480 |
| Latorre, Yohara | $3,170 |
| Lawrence, Janice | $315 |
| Lello, Lisa | $4,364 |
| Lieng, Ravy | $1,086 |
| Lochow, Andrew | $22 |
| Lopez, Benjamin | $6,486 |
| Lopez, Jorge | $8 |
| Loristin, Fabiola | $950 |
| Lucas, Laura | $5,320 |
| Lutzow, Bree | $278 |
| Manning, Isaac | $1,650 |
| Marcano, Vanessa | $4,535 |
| Marin, Grace | $960 |
| Marrero, Elim | $4,415 |
| Marti, Yolanda | $546 |
| Mathes, Clyde | $1,375 |
| Mayfield, Mellonese | $252 |
| Maysonet, Johanel | $6,180 |
| McDougald, Bambi | $965 |
| Medina, Noemi | $6,745 |
| Medina-Ruiz, Nidia | $6,015 |
| Metellus, Lucner | $336 |
| Meyler, Fred | $410 |
| Mike, Terence | $578 |
| Miller, Katricia | $4,991 |
| Mizell, Ebony | $4,475 |
| Mizell, William | $1,730 |
| Mondesir, Shauntae | $690 |
| Monje, Jennifer | $3,780 |
| Montalvo, Tatyana | $960 |

| Name | Amount |
|---|---|
| Mora, Sandra | $2,975 |
| Muller, Vera | $1,240 |
| Muniz, Delly | $2,398 |
| Napelbaum, Anna | $333 |
| Negron, Amy | $5,615 |
| Negron, Veronica | $3,225 |
| Norberg, Craig | $11,462 |
| Nute, David Greg | $5,239 |
| Ocana, Ana | $7,280 |
| Olvera, Isabel | $936 |
| Ortiz, Solange | $5,695 |
| Patterson, Darrell | $789 |
| Penn, Amanda | $134 |
| Perez Bermudez, Angel | $4,720 |
| Perez, Yylian | $5,750 |
| Phillips, Lascells | $288 |
| Poleon, Cicely | $1,786 |
| Ponds, Calvin | $750 |
| Prato, Daniela | $3,410 |
| Prevost, Daniel | $1,743 |
| Ramos, Elisa | $1,490 |
| Ramos, Elizabeth | $668 |
| Reid, Sophia | $1,990 |
| Rivera, Norma | $1,908 |
| Rivera, Ricardo | $2,050 |
| Robinson, Kadija | $1,089 |
| Rodriguez, Ana | $7,020 |
| Rodriguez, Eunice | $252 |
| Rodriguez, Geisha | $5,320 |
| Rojas-Watson, Angela | $1,470 |
| Romero, Olga | $3,298 |
| Roosevelt, Delta | $423 |
| Rosario, Jennifer | $6,442 |
| Roughneen, Joseph | $2,750 |
| Ruiz, Brenda | $465 |
| Russell, Charles | $3,020 |
| Salgado, Cynthia | $840 |
| Sanchez, Raquel | $1,615 |
| Sanchez, Ricardo | $2,900 |
| Santiago, Orlando | $1,374 |
| Schuur, Jeffrey | $848 |
| Scott, Russell | $1,242 |
| Scott, Taneha | $5,155 |
| Searight, Joyel | $578 |

| Name | Amount |
| --- | ---: |
| Shanahan, Dorothy | $220 |
| Shaw, Wellington | $1,544 |
| Sherman, Jessie | $2,962 |
| Silva, Glaucigleide | $5,620 |
| Songie, Randy | $1,221 |
| Stephens III, Charles | $2,890 |
| Stewart, Crystal | $170 |
| Stokes, Ashley | $3,845 |
| Texeira, Vangie | $5,220 |
| Thomas, Lucille | $1,110 |
| Thrift, Belinda | $506 |
| Toledo Diaz, Kaisha | $1,773 |
| Toney, Syntyche | $305 |
| Vargas, Maria | $2,958 |
| Vargas, Suhail | $3,885 |
| Veal, Michael | $270 |
| Velazquez III, Carlos | $3,023 |
| Walker, Amanda | $0 |
| Washington, Chiquita | $1,163 |
| Welch, Terrell | $8,346 |
| Williams, Brianna | $210 |
| Williams, Duran | $270 |
| Williams, Evelyn | $1,132 |
| Wilson, Amanda | $1,645 |
| Wipperfurth, Barbara | $3,775 |
| Young, Melissa | $512 |
| Zacharis Whitfield, Neena | $2,818 |
| Zeller, Tara | $250 |
| | $440,817 |