B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Behavioral Support Services, Inc.**  Debtor(s)

Case No. **15-04855**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agency for Persons with Disabilities<br>400 S. Robinson Street<br>Suite S430<br>Orlando, FL 32801 | Agency for Persons with Disabilities<br>400 S. Robinson Street<br>Orlando, FL 32801 | contingency claim | Contingent<br>Disputed | 298,000.00 |
| Amerigroup<br>Case # C14-1313<br>PO Box 75548<br>Baltimore, MD 21275-5548 | Amerigroup<br>Case # C14-1313<br>PO Box 75548<br>Baltimore, MD 21275-5548 | recoupment due | Contingent<br>Disputed | 98,000.00 |
| Ana Ocana<br>12569 Indiana Woods Lane<br>Orlando, FL 32824 | Ana Ocana<br>12569 Indiana Woods Lane<br>Orlando, FL 32824 | Wages | | 7,280.00 |
| Ana Rodriguez<br>11514 Stagbury Drive<br>Orlando, FL 32832 | Ana Rodriguez<br>11514 Stagbury Drive<br>Orlando, FL 32832 | Wages | | 7,020.00 |
| Benjamin Lopez<br>4764 Vero Beach Place<br>Kissimmee, FL 34746 | Benjamin Lopez<br>4764 Vero Beach Place<br>Kissimmee, FL 34746 | Wages | | 6,486.00 |
| Capital One Spark Visa Card<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Spark Visa Card<br>PO Box 71083<br>Charlotte, NC 28272-1083 | office credit card | | 46,140.00 |
| Craig Norberg<br>111 Burnside Way<br>Kissimmee, FL 34544 | Craig Norberg<br>111 Burnside Way<br>Kissimmee, FL 34544 | Wages | | 11,461.86 |
| Danielle Borieo<br>2574 Jenscot Road<br>St. Cloud, FL 34771 | Danielle Borieo<br>2574 Jenscot Road<br>St. Cloud, FL 34771 | Wages | | 5,720.00 |
| Esperanza Castrillon<br>668 N Orange Avenue<br>Apartment 2306<br>Orlando, FL 32801 | Esperanza Castrillon<br>668 N Orange Avenue<br>Apartment 2306<br>Orlando, FL 32801 | Wages | | 7,288.75 |
| Gabriel Carrasquillo<br>3073 Wolfe Ct<br>Ovideo, FL 32766 | Gabriel Carrasquillo<br>3073 Wolfe Ct<br>Ovideo, FL 32766 | Wages | | 6,445.00 |
| Gina Hosmer<br>648 Whitemarsh Ave<br>Deltona, FL 32725 | Gina Hosmer<br>648 Whitemarsh Ave<br>Deltona, FL 32725 | Wages | | 5,843.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Behavioral Support Services, Inc.**          Case No.  **15-04855**
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jennifer Rosario<br>2197 Granger Ave<br>Kissimmee, FL 34746 | Jennifer Rosario<br>2197 Granger Ave<br>Kissimmee, FL 34746 | Wages | | 6,442.00 |
| Johanel Maysonet<br>12025 Fountainbrook Blvd<br>Apt. 1312<br>Orlando, FL 32825 | Johanel Maysonet<br>12025 Fountainbrook Blvd<br>Apt. 1312<br>Orlando, FL 32825 | Wages | | 6,180.00 |
| Milestone Social Services, Inc.<br>5324 Pineview Way<br>Apopka, FL 32703 | Milestone Social Services, Inc.<br>5324 Pineview Way<br>Apopka, FL 32703 | intercompany loan | Disputed | 50,000.00 |
| Nidia Medina-Ruiz<br>2836 Sweetspire Circle<br>Kissimmee, FL 34746 | Nidia Medina-Ruiz<br>2836 Sweetspire Circle<br>Kissimmee, FL 34746 | Wages | | 6,015.00 |
| Noemi Medina<br>2131 Cascade Blvd.<br>Unit 307<br>Kissimmee, FL 34717 | Noemi Medina<br>2131 Cascade Blvd.<br>Unit 307<br>Kissimmee, FL 34717 | Wages | | 6,745.00 |
| Patricia Bush<br>106 Pineapple Lane<br>Altamonte Springs, FL 32714 | Patricia Bush<br>106 Pineapple Lane<br>Altamonte Springs, FL 32714 | Wages | | 6,050.00 |
| Terrell Welch<br>2404 Ravendale Court<br>Kissimmee, FL 34758 | Terrell Welch<br>2404 Ravendale Court<br>Kissimmee, FL 34758 | Wages | | 8,346.00 |
| Vaco Orlando, LLC<br>485 N. Keller Road<br>Suite 451<br>Maitland, FL 32751 | Vaco Orlando, LLC<br>485 N. Keller Road<br>Suite 451<br>Maitland, FL 32751 | accounting/database services | | 16,316.25 |
| Yylian Perez<br>1911 Gadsen Blvd<br>Orlando, FL 32812 | Yylian Perez<br>1911 Gadsen Blvd<br>Orlando, FL 32812 | Wages | | 5,750.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 12, 2015**                    Signature  **/s/ Peter Perley**
                                                       **Peter Perley**
                                                       **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.