UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CHAPTER 11

BEHAVIORAL SUPPORT                         CASE NO.: 6:15-bk-04855-KSJ
SERVICES, INC.,

                                                          /
_____Debtor._____

CERTIFICATE OF MAILING OF NOTICE OF COMMENCEMENT
OF CASE TO ADDITIONAL CREDITORS

I HEREBY CERTIFY that on this 12th day of June, 2015, a true and correct copy of the **NOTICE OF COMMENCEMENT OF CASE** (Doc. No. 5) was furnished via U.S. First Class mail, postage prepaid, to the additional creditors listed on Debtor's Schedules (Doc No. 24) as listed on the attached matrix.

/s/ Tiffany D. Payne
Tiffany D. Payne, Esquire
Florida Bar No. 0421448
Baker & Hostetler LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
P. O. Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: 407-649-4000
Facsimile: 407-841-0168
Email: tpayne@bakerlaw.com
*Attorneys for the Debtor*

606528597.2

CREDITORS ADDED WITH THE FILING OF SCHEDULES 6-12-2015

Aaron Hawkins
605 Northlake Blvd.
Apt. 30
Altamonte Springs, FL 32701

Aisha Thompkins
155 Peal Lake Causeway
#212
Altamonte Springs, FL 32714

Alexandrea Savoca
4266 Spoleto Circle
Apt. 202
Oviedo, FL 32763

Amanda Penn
3610 San Jacinto Circle
Sanford, FL 32771

Amanda Walker
4306 Hammersmith Drive
Clermont, FL 34711

Amanda Wilson
1813 Ridge Valley Street
Clermont, FL 34711

American Living, Inc.
3023 Moss Valley Place
Winter Park, FL 32792

Amy Negron
10391 Andover Point Circle
Orlando, FL 32825

Ana Jarzin
3633 Middleburg Lane
Apt. #111
Rockledge, FL 32955

Ana Ocana
12569 Indiana Woods Lane
Orlando, FL 32824

Ana Rodriguez
11514 Stagbury Drive
Orlando, FL 32832

Andrew Lochow
3720 Southpointe Drive
Orlando, FL 32822

Angel Perez Bermudez
1020 Honey Blossom Dr.
Orlando, FL 32824

Angela Jerry
10069 Lee Vista Blvd.
Apt 11108
Orlando, FL 32829

Page 1

Angela Rojas-Watson
16654 Deer Chase Loop
Orlando, FL 32828

Anna Napelbaum
907 Ballard Street
Apt. A
Altamonte Springs, FL 32701

Anne Nortelus
1832 Lee Jantzen Dr.
Kissimmee, FL 34744

Anya Hefley
520 Pineview Street
Altamonte Springs, FL 32701

Ardene Deans Graham
435 Brimminglake Rd
Minneola, FL 34715

Ashley Christopher
1779 Christopher St.
Winter Garden, FL 34787

Ashley Cook
4123 Shore Crest Dr.
Orlando, FL 32804

Ashley Easterbrook
194 North Lake Ct.
Kissimmee, FL 34743

Ashley Johnson
620 Renaissance Point
#202
Altamonte Springs, FL 32714

Ashley Stokes
5008 Millenia Blvd.
Apt. 103
Orlando, FL 32839

Bambi McDougald
860 Wesley Cir.
Apt 204
Apopka, FL 32703

Barbara Wipperfurth
55 Neptune Avenue
Ormond Beach, FL 32716

Belinda Thrift
164 Pinecrest Drive
Sanford, FL 32773

Benjamin Lopez
4764 Vero Beach Place
Kissimmee, FL 34746

Brandy Fedewa
PO Box 482

Goldrenrod, FL 32733

Bree Lutzow
3506 Midiron Drive
Winter Park, FL 32789

Brenda Ruiz
107 Luca Lane
Kissimmee, FL 34743

Brian Adderley
270 Mira Way
Altamonte Springs, FL 32701

Brianna Williams
4952 Pueblo Street
Orlando, FL 32819

Calvin Ponds
219 Altamonte Bay Club
Circle
#209
Altamonte Springs, FL 32701

Carlos Rivera
5747 Crowntree Lane
#302
Orlando, FL 32829

Carlos Velazquez III
2516 Abey Blanco Drive
Orlando, FL 32828

Carmen Guzman
4949 Parkview Dr.
St Cloud, FL 34771

Cathy Cook
127 Variety Tree Circle
Altamonte Springs, FL 32714

Cecilio Fowler
1127 Bittsdale Court
Apopka, FL 32712

Charles Russell
P.O Box 162977
Altamonte Springs, FL 32716

Charles Stephens III
3906 Chip Shot Court
Apt. 934
Orlando, FL 32839

Chiquita Washington
360 Briar Bay Circle
Orlando, FL 32825

Christine Dulay
8960 Hertiage Bay Circle
Orlando, FL 32836

Cicely Poleon

8637 Brixford Street
Orlando, FL 32836

Clyde Mathes
1624 Dewayne Dr
Belle Isle, FL 32809

Constance Hoffman
311 N. Knowles Ave
Apt #202
Winter Park, FL 32789

Craig Norberg
111 Burnside Way
Kissimmee, FL 34544

Crystal Stewart
914 Essex Place
Orlando, FL 32806

Cynthia Salgado
1037 Spring Meadow Dr.
Kissimmee, FL 34741

Daniel Fisher
614 Renaissance Pointe
Apt 305
Altamonte Springs, FL 32714

Daniel Prevost
139 Mayfair Court
Sanford, FL 32771

Daniela Jaramillo
3000 SW 35th pl. Apt.
A302
Gainseville, FL 32608

Daniela Prato
7431 Lake Albert Dr.
Windermere, FL 34787

Danielle Borieo
2574 Jenscot Road
St. Cloud, FL 34771

Darrell Patterson
2416 Haiwassee Rd
Orlando, FL 32865

David Conley
1158 East Lakeshore Blvd
Kissimmee, FL 34744

David Greg Nute
2231 Westbourne Drive
Oviedo, FL 32765

Dawn Curtis
4591 Cove Dr
Apt. 208
Orlando, FL 32812

Debbie Winters
9433 Telfer Run
Orlando, FL 32817

Debra King-Ferro
140 Via Del Sol Dr.
Davenport, FL 33896

Delly Muniz
233 Pine Valley Road
Apt 233A
Saint Cloud, FL 34769

Delta Roosevelt
12112 Goldenstar Ln.
Clermont, FL 34711

Diego Garcia
1041 Providence Lane
Oviedo, FL 32765

Donta Joe
5783 Crowntree Lane
Apt. 103
Orlando, FL 32839

Dorothy Shanahan
717 E Esperanza
Clewiston, FL 33440

Duran Williams
8530 Milano Drive Apt. 21-38
Orlando, FL 32810

Ebonie Barnes
3307 Benson Park Blvd.
Orlando, FL 32829

Ebony Mizell
2953 Simpson Road
Kissimmee, FL 34744

Eduardo Delgado
9957 Hidden River Dr.
Orlando, FL 32829

Electronic Fingerprinting, Inc.
621 Virginia Drive
Orlando, FL 32803

Elim Marrero
252 Ridgewood St
Altamonte Springs, FL 32701

Elisa Ramos
2900 S. Semoran Blvd
#8
Orlando, FL 32822

Elizabeth Cruz
2415 Myrtle Avenue
Sanford, FL 32771

Page 5

Elizabeth Ramos
P.O. Box 781541
Orlando, FL 32878

Enaris Inman
12140 Green Badger Ln
Apt. 1150
Orlando, FL 32817

Ernest Feigenbaum
4247 Clark Rd
Fruitland Park, FL 34731

Esperanza Castrillon
668 N Orange Avenue
Apartment 2306
Orlando, FL 32801

Eunice Rodriguez
139 Mayfair Circle
Sanford, FL 32771

Evelyn Williams
9540 Bacchus Trail
Orlando, FL 32829

Fabiola Loristin
14132 Cheval Vineyard Way
#106
Orlando, FL 32828

Frances Claudio
16949 Corner Hill CT
Orlando, FL 32820

Fred Meyler
160 Riverbridge Cir.
Apt. 6-316C
Oviedo, FL 32765

Freda Crayton
5085 Wellington Park Circle
D16
Orlando, FL 32839

Gabriel Carrasquillo
3073 Wolfe Ct
Ovideo, FL 32766

Ganeshri Ramlogan
5315 Lorilawn Drive
Orlando, FL 32818

Geisha Rodriguez
2052 Excalibur Drive
Orlando, FL 32822

Gerard Brost
14437 Tanja King Boulevard
Orlando, FL 32828

Gina Hosmer

648 Whitemarsh Ave
Deltona, FL 32725

Glaucigleide Silva
1796 Sugar Cove Court
Ocoee, FL 34761

Gloria Arias
3073 Wolfe Court
Oviedo, FL 32766

Grace Marin
12939 Cragside Lane
Windermere, FL 34786

Gwendolyn Clinton
4938 Polaris Street
Orlando, FL 32819

Heather Chisholm
5507 Breckenridge Circle
Orlando, FL 32818

Imara Cisneros
2657 Woods Edge Cir
Orlando, FL 32817

Isaac Bosse
101 Albany Drive
Kissimmee, FL 34759

Isaac Manning
6563 Rosecliff Dr
Apt. 100
Orlando, FL 32835

Isabel Olvera
14837 Huntcliff Park Way
Orlando, FL 32824

Jacqueline Gray
P.O Box 1611
Windermere, FL 34786

Janice Lawrence
504 MaCaw Lane
Casselberry, FL 32730

Jarenice Bravo
3221 S Semoran Blvd
Orlando, FL 32822

Jean Feacher-Jones
601 S Edgemon Ave
Winter Springs, FL 32708

Jeffrey Schuur
3226 Debbie Drive
Orlando, FL 32806

Jenae Hodge
13972 SW 153 Terrace
Miami, FL 33177

Page 7

Jennifer Monje
1106 Cypress Point West
Winter Haven, FL 33884

Jennifer Rosario
2197 Granger Ave
Kissimmee, FL 34746

Jesse Fletcher
1178 Creek Woods Circle
St. Cloud, FL 34772

Jessie Sherman
804 Orienta Ave. Apt B
Altamonte Springs, FL 32701

Joann Griffin
2524 El Portal Avenue
Sanford, FL 32773

Jocelynne Diaz
1904 Michigan Dr
Kissimmee, FL 34759

Johanel Maysonet
12025 Fountainbrook Blvd
Apt. 1312
Orlando, FL 32825

John Daniel
9213 Summit Centre Way
Apt. 306
Orlando, FL 32810

Jorge Lopez
895 Wymore Rd
Suite 931B
Altamonte Springs, FL 32714

Jose Barreto
2495 Huron Cr
Kissimmee, FL 34746

Joseph Roughneen
1973 Water Lane
Maitland, FL 32751

Joyel Searight
2717 Maitland Crossing Way
#4303
Orlando, FL 32810

Juan Carlos Cervantes
5917 Vista Linda Dr
Orlando, FL 32822

Kadija Robinson
823 Margaret Square
Winter Park, FL 32789

Kaisha Toledo Diaz
12941 Emersondale Ave.

Windermere, FL 34786

Kaitlyn Christiansen
411 Barrywood Lane
Casselberry, FL 32707

Katricia Miller
P.O. Box 560428
Orlando, FL 32856

Kea Cherfrere
2370 Yellow Grass Ct
Apopka, FL 32712

Ken Hamlin
6523 New Independence Prkwy
Winter Garden, FL 34787

Kisha Alvarez
1726 Lekelet Loop
Oviedo, FL 32765

LaQuandra Frazier
1155 Stratton Avenue
Groveland, FL 34736

Lascells Phillips
559 Hiawatha Palm Place
Apopka, FL 32712

Laura Acevedo-Nieves
312 Coventry Estates Blvd
Deltona, FL 32725

Laura Lucas
P.O Box 622101
Orlando, FL 32862

Lidia Kinsey
P.O Box 162411
Altamonte Springs, FL 32716

Linette Davis
6006 Beau Lane
Orlando, FL 32808

Lisa Graham
8745 Belter Drive
Orlando, FL 32817

Lisa Lello
3455 Astoria Court
Winter Park, FL 32792

Lucille Thomas
757 Paris Dr
Kissimmee, FL 34759

Lucner Metellus
2536 Lake Tiny Circle
Orlando, FL 32818

Margaret Newman

Page 9

449 East Hillcrest Street
Altamonte Springs, FL 32701

Margarita Calderon
617 Lake Marion Golf
Resort Dr
Kissimmee, FL 34759

Maria De Gregorio
2321 Andrews Valley Drive
Kissimmee, FL 34758

Maria Vargas
2042 Garwood Drive
Orlando, FL 32822

Mariam Kiriakos
14637 Unbridled Drive
Orlando, FL 32826

Mariana Carrozza
5270 Millenia Blvd.
Apt. 102
Orlando, FL 32839

Marianne Byfield
450 Raymond Ave
Longwood, FL 32750

Maritza Escarria
4709 Prairie Point Blvd
Kissimmee, FL 34746

Mayelin Aguilar
1008 Eagens Creek Court
Oviedo, FL 32765

Melanie Bunch
1847 Costa Rica Ct
Winter Haven, FL 33881

Melissa Young
220 Linda Vista Street
DeBary, FL 32713

Mellonese Mayfield
13322 Briar Forest Ct
Orlando, FL 32828

Michael Veal
1168 Crispwood Court
Apopka, FL 32703

Molly Dowdy
2343 East New York Ave
Deland, FL 32724

Natalia Carrasquillo
10250 Hartford Maroon Rd.
Orlando, FL 32827

Neena Zacharis Whitfield
10809 Priebe Rd

Clermont, FL 34711

Nickolas Davis
6006 Beau Lane
Orlando, FL 32808

Nidia Medina-Ruiz
2836 Sweetspire Circle
Kissimmee, FL 34746

Nikos Figueroa-Rangel
2836 Sweetspire Circle
Kissimmee, FL 34746

Noemi Medina
2131 Cascade Blvd.
Unit 307
Kissimmee, FL 34717

Norma Rivera
1364 Sierra Circle
Kissimmee, FL 34744

Olga Barreto
2495 Huron Cr
Kissimmee, FL 34746

Olga Romero
4446 Andover Cay Blvd
Orlando, FL 32825

Orlando Santiago
137 Pine Island Circle
Kissimmee, FL 34743

Patricia Bush
106 Pineapple Lane
Altamonte Springs, FL 32714

Pro-Assurance Companies
100 Brookwood Place
Birmingham, AL 35259-0009

Rachaun Callender
2041 Blackbird Drive
Apopka, FL 32703

Rachele Geraca
10057 Eastern Lake Ave.
Apt. 202
Orlando, FL 32817

Rafael Calcano
5570 Curryford Rd @B1
Orlando, FL 32822

Rahila Bashir
1338 Port Malabar Blvd NE
Palm Bay, FL 32905

Ralston Brown
12731 Spurrier Lane
Orlando, FL 32824

Randy Songie
3407 Lake Jean Drive
Orlando, FL 32717

Raquel Luciano
131 Waterfront Way
#100
Altamonte Springs, FL 32701

Raquel Sanchez
308 Rachelle Ave.
Apt. 532
Sanford, FL 32771

Ravy Lieng
1987 Marsh Hawk Circle
Orlando, FL 32837

Ricardo Rivera
12679 Enclave Dr
Orlando, FL 32837

Ricardo Sanchez
605 Brockway Avenue
Orlando, FL 32807

Richard Coleman
1600 66th Avenue South
St. Petersburg, FL 33712

Rick Conyers
866 Grand Sayan Loop
Apopka, FL 32712

RN Expertise, Inc.
691 Douglas Avenue
Suite 101
Altamonte Springs, FL 32714

Robert Cunningham
311 N. Knowles
#405
Winter Park, FL 32789

Robin Johnson
5520 Bellewood Street,
Orlando, FL 32812

Roger Granjean
1747 Southern Oak Loop
Minneola, FL 32715

Roland Funes
933 Bella Vista Way
Orlando, FL 32825

Rolando Fourcand
2524 Caper Lane #204
Maitland, FL 32751

Rosa James
1057 S. Hiawassee Road

Apt 1916
Orlando, FL 32835

Russell Scott
1461 Dodd Rd
Winter Park, FL 32792

Sandra Kaiser
550 Dennings Dr.
Apt. 414
Winter Park, FL 32789

Sandra Mora
2484 San Tecla St
Unit 308
Orlando, FL 32835

Shampree Frazier
12060 Magazine Street
Apt. 5201
Orlando, FL 32828

Sharilee Doty
967 Vineridge Run
#102
Altamonte Springs, FL 32714

Shauntae Mondesir
2754 Chaddsford Circle
Oviedo, FL 32765

Sheena Montgomery
8048 Cloverglen Circle
Orlando, FL 32818

Sheila Farmer
5272 Champagne Circle
Orlando, FL 32808

Solange Ortiz
4653 Summeroak Street
Apt. 6104
Orlando, FL 32835

Sonja Cousar
107 Wornall Drive
Sanford, FL 32771

Sophia Reid
302 Rollins Drive
Davenport, FL 33837

Stacey Fowler
1127 Biltsdale CT
Apopka, FL 32712

Stephen Gordon
411 Barrywood Lane
Casselberry, FL 32707

Suhail Vargas
14825 Braywood Trail
Orlando, FL 32824

Syntyche Toney
580 Conure Street
Apopka, FL 32712

Tameka Johnson
1779 Christopher Street
Winter Garden, FL 34787

Tammy Carvalho
11723 Barletta Dr.
Orlando, FL 32827

Taneha Scott
1614 Legacy Park Drive
Maitland, FL 32751

Tara Dixon
5803 Fernhill Drive
Orlando, FL 32808

Tara Zeller
2605 Corbyton Ct
Orlando, FL 32828

Tatyana Montalvo
1813 Grand Isle Cir.
Apt. #211A
Orlando, FL 32810

Temia Gladden
4900 S. RioGrande Avenue
Apt. 9B
Orlando, FL 32839

Terence Mike
1992 Grasmere Drive
Apopka, FL 32703

Terrell Welch
2404 Ravendale Court
Kissimmee, FL 34758

The Fire Extinguisher Co.
1350 Sheeler Road
Apopka, FL 32704

Tiffany Henry
5115 Nadine Street
Orlando, FL 32807

Trinity Kimble
235 Lake Shepard Drive
Apopka, FL 32703

Vaco Orlando, LLC
485 N. Keller Road
Suite 451
Maitland, FL 32751

Vanessa Helmes
2018 Ludlow Lane
Orlando, FL 32839

Vanessa Marcano
2727 Merrieweather Ln
Kissimmee, FL 34743

Vangie Texeira
2510 Bonneville Dr
Orlando, FL 32826

Venetta Brathwaite
3774 Seminole Dr
Orlando, FL 32817

Vera Muller
1791 Pine Valley Drive
Melbourne, FL 32935

Veronica Archer
7009 Ortona Ct
Orlando, FL 32818

Veronica Breaux
168 Pinefield Drive
Sanford, FL 32771

Veronica Negron
7948 Sagebrush Place
Orlando, FL 32822

Victoria Hulbert
421 E Central Blvd.
Apt. 1415
Orlando, FL 32801

Waste Pro
3705 Saint Johns Prkwy
Sanford, FL 32771

Wellington Shaw
3872 Longbranch LN.
Rocks Springs Ridge, FL 32712

William Mizell
2953 Simpson Road
Kissimmee, FL 34744

Wilner Blanchard
7732 Renwood Court
Orlando, FL 32818

Yanier Barrios
5719 Vista Linda Dr.
Orlando, FL 32882

Yaritza Arimont-Candelaria
2203 Key West Court
Apt. 428
Kissimmee, FL 34741

Yohara Latorre
1408 Bass Slough Circle
#1404
Kissimmee, FL 34732

Yolanda Marti
12669 Newfield Drive
Orlando, FL 32837

Yylian Perez
1911 Gadsen Blvd
Orlando, FL 32812

Zachary Hohenberg
4150 Easga te Dr
Apt 7308
Orlando, FL 32839