UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CHAPTER 11

BEHAVIORAL SUPPORT  CASE NO.: 6:15-bk-04588-KSJ
SERVICES, INC.,

_____Debtor._____ /

APPLICATION OF BEHAVIORAL SUPPORT SERVICES, INC. TO EMPLOY
ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER LLP
AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO PETITION DATE

BEHAVIORAL SUPPORT SERVICES, INC. ("Debtor"), hereby seeks authorization to employ Elizabeth A. Green and the law firm of Baker & Hostetler LLP ("B&H") as its counsel in this case, *nunc pro tunc* to the petition date of June 2, 2015, stating as follows in support:

1. On June 2, 2015 ("Petition Date"), the Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtor is administering their case as debtor-in-possession under §§ 1107(a) and 1108 of the Code and pursuant to this Court's Orders (Doc. Nos. 9 and 10).

2. Debtor desires to employ B&H, pursuant to § 327(a) of the Code, to assist the Debtor in their bankruptcy case.

3. Debtor has selected B&H because:

   a. partners and associates of B&H are admitted to practice in this Court;

   b. partners and associates of B&H are experienced in rendering the types of legal services that will be required in this case; and

    c.  B&H will be able to efficiently and cost-effectively render services necessary in this Chapter 11 case.

4. In the continuation of Debtor's estate and in the administration of this case, legal services will be required as to, but not limited to, the following:

    a.  advising as to Debtor's rights and duties in this case;

    b.  preparing pleadings related to this case, including a disclosure statement and a plan of reorganization;

    c.  negotiating with creditors in this case with respect to treatment under the Plan of Reorganization;

    d.  soliciting acceptances for the Disclosure Statement and a Plan of Reorganization; and

    e.  taking any and all other necessary action incident to the proper preservation and administration of this estate.

5. B&H was retained in May 2015 to represent Debtor in connection with their voluntary petition filed in this Chapter 11 case.

6. Except as set forth in its Verified Statement pursuant to Fed. R. Bank. P. 2014, B&H has no connection with any lenders or other creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

7. To the Debtor's knowledge, B&H represents no interest adverse to Debtor or to their estate in matters upon which it is to be engaged, and employment of BH would be in the best interest of the estate.

8. The terms of employment agreed to between Debtor and B&H, subject to

approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of B&H and are subject to periodic adjustment to reflect economic and other considerations. B&H will apply any advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, B&H may make application for an award of additional compensation; and the Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by B&H.

9. Prior to the commencement of this case, the Debtor paid an advance fee to BH of $210,000.00 for expenses and services to be rendered by B&H to the Debtor in connection with this case ("Retainer").

10. The Debtors has previously paid B&H $42,500.00, on a current basis, for services rendered and costs incurred prior to the commencement of this case with respect to preparing the petition for reorganization under Chapter 11 of the Code, preparing all related initial pleadings to be filed in this case, and prepetition expenses.

WHEREFORE, BEHAVIORAL SUPPORT SERVICES, INC. respectfully requests the entry of an order, *nunc pro tunc* to June 2, 2015, authorizing it to retain and employ Elizabeth A. Green and the law firm of Baker & Hostetler LLP, as counsel in this case, and for such other and further relief as is just and proper in the circumstances.

RESPECTFULLY SUBMITTED this 16th day of June, 2015.

BEHAVIORAL SUPPORT SERVICES, INC.
By: Peter Petley, Chief Restructuring Officer

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:  CHAPTER 11

BEHAVIORAL SUPPORT  CASE NO.: 6:15-bk-04588-KSJ
SERVICES, INC.,

_____Debtor._____ /

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **APPLICATION OF BEHAVIORAL SUPPORT SERVICES, INC. TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER LLP AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO PETITION DATE** was filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice and/or via U.S. First Class Postage Prepaid Mail to the following: Behavioral Support Services, Inc., 801 Douglas Avenue, Suite 208, Altamonte Springs, FL 32714 (*Debtor*); United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; and the Local Rule 1007-2 Parties in Interest on the matrix attached hereto and filed with the Court, on this 16th day of June, 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.

4

Label Matrix for local noticing
113A-6
Case 6:15-bk-04855-KSJ
Middle District of Florida
Orlando
Tue Jun 16 12:55:30 EDT 2015

Behavioral Support Services, Inc.
801 Douglas Avenue
Suite 208
Altamonte Springs, FL 32714-5206

Adaptive Infotech
2810 NE 55th Street
Fort Lauderdale, FL 33308-3450

Agency for Persons with
Disabilities
400 S. Robinson Street
Suite S430
Orlando, FL 32801

Air Flow Designs
250 Jasmine Road
Casselberry, FL 32707-5321

Amerigroup
Case # C14-1313
PO Box 75548
Baltimore, MD 21275-5548

Ana Ocana
12569 Indiana Woods Lane
Orlando, FL 32824-8657

Ana Rodriguez
11514 Stagbury Drive
Orlando, FL 32832-7074

Benjamin Lopez
4764 Vero Beach Place
Kissimmee, FL 34746-7412

Bright House Networks
PO Box 31337
Tampa, FL 33631-3337

Capital One Spark Visa Card
PO Box 71083
Charlotte, NC 28272-1083

CenturyLink
PO Box 1319
Charlotte, NC 28201-1319

Corvus of Orlando, LLC
815 W. Weed Street
Chicago, IL 60642-2537

Craig Norberg
111 Burnside Way
Kissimmee, FL 34744-5469

Danielle Borieo
2574 Jenscot Road
St. Cloud, FL 34771-9013

Esperanza Castrillon
668 N Orange Avenue
Apartment 2306
Orlando, FL 32801-1380

Firetronics, Inc.
PO Box 162286
Altamonte Springs, FL 32716-2286

Gabriel Carrasquillo
3073 Wolfe Ct
Ovideo, FL 32766-5068

Gina Hosmer
648 Whitemarsh Ave
Deltona, FL 32725-7127

Jennifer Rosario
2197 Granger Ave
Kissimmee, FL 34746-2205

Johanel Maysonet
12025 Fountainbrook Blvd
Apt. 1312
Orlando, FL 32825-7047

Lauris Online
419 Salem Avenue
Roanoke, VA 24016-3613

Milestone Social Services,
Inc.
5324 Pineview Way
Apopka, FL 32703-1963

Nidia Medina-Ruiz
2836 Sweetspire Circle
Kissimmee, FL 34746-3484

Noemi Medina
2131 Cascade Blvd.
Unit 307
Kissimmee, FL 34741-3465

Patricia Bush
106 Pineapple Lane
Altamonte Springs, FL 32714-5812

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Seminole County Water
and Sewer
PO Box 958443
Lake Mary, FL 32795-8443

Sterling Window Cleaning
776 Bennett Drive
Suite 105
Longwood, FL 32750-6392

Terrell Welch
2404 Ravendale Court
Kissimmee, FL 34758-2212

| | | |
|---|---|---|
| Vaco Orlando, LLC<br>485 N. Keller Road<br>Suite 451<br>Maitland, FL 32751-7506 | Yylian Perez<br>1911 Gadsen Blvd<br>Orlando, FL 32812-8541 | Zephyrhills Water<br>6661 Dixie Hwy<br>Suite 4<br>Louisville, KY 40258-3950 |

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34