UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BEHAVIORAL SUPPORT
SERVICES, INC.,

        Debtor.

CHAPTER 11

CASE NO.: 6:15-bk-04588-KSJ

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER LLP, AS COUNSEL FOR THE DEBTOR, *NUNC PRO TUNC* TO JUNE 2, 2015**

I, ELIZABETH A. GREEN, in accordance with Fed. R. Bankr. P. 2014, make the following verified statements:

1. I am partner with the law firm of Baker & Hostetler LLP ("B&H") and have been duly admitted to practice in this Court.

2. B&H was retained in May 2015 to represent BEHAVIORAL SUPPORT SERVICES, INC. (the "Debtor") in connection with their voluntary petition filed in this Chapter 11 case.

3. B&H and its individual attorneys do not represent any creditors as to this case, nor does B&H represent any equity security holders, affiliates, or insiders of the Debtor.

4. Since being retained, B&H has been kept current on its bills and has not received any preferential payments as defined in 11 U.S.C. § 547.

5. B&H is not a creditor of the Debtor.

6. The undersigned is not aware of any conflict or potential conflict relating to the employment of B&H as counsel for Debtor in this case.

7. B&H has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of B&H have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

8. The factual statements set forth in this Verified Statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtor; (2) a computer search of B&H's client list; and (3) follow up correspondence with certain B&H attorneys identified in the conflict search as representing potential creditors regarding this representation to ensure no conflict exists.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED AND EXECUTED this 16th day of June, 2015.

Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Tel: (407) 649-4000
Fax: (407) 841-0168
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CHAPTER 11

BEHAVIORAL SUPPORT                                        CASE NO.: 6:15-bk-04588-KSJ
SERVICES, INC.,

        Debtor.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER LLP, AS COUNSEL FOR THE DEBTOR, *NUNC PRO TUNC* TO JUNE 2, 2015** was filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice and/or via U.S. First Class Postage Prepaid Mail to the following: Behavioral Support Services, Inc., 801 Douglas Avenue, Suite 208, Altamonte Springs, FL 32714 (*Debtor*); the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; and the Local Rule 1007-2 Parties in Interest on the matrix attached hereto and filed with the Court, on this 16th day of June, 2015.

                                                /s/ Elizabeth A. Green
                                                Elizabeth A. Green, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-04855-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Jun 16 12:55:30 EDT 2015 | Behavioral Support Services, Inc.<br>801 Douglas Avenue<br>Suite 208<br>Altamonte Springs, FL 32714-5206 | Adaptive Infotech<br>2810 NE 55th Street<br>Fort Lauderdale, FL 33308-3450 |
| Agency for Persons with<br>Disabilities<br>400 S. Robinson Street<br>Suite S430<br>Orlando, FL 32801 | Air Flow Designs<br>250 Jasmine Road<br>Casselberry, FL 32707-5321 | Amerigroup<br>Case # C14-1313<br>PO Box 75548<br>Baltimore, MD 21275-5548 |
| Ana Ocana<br>12569 Indiana Woods Lane<br>Orlando, FL 32824-8657 | Ana Rodriguez<br>11514 Stagbury Drive<br>Orlando, FL 32832-7074 | Benjamin Lopez<br>4764 Vero Beach Place<br>Kissimmee, FL 34746-7412 |
| Bright House Networks<br>PO Box 31337<br>Tampa, FL 33631-3337 | Capital One Spark Visa Card<br>PO Box 71083<br>Charlotte, NC 28272-1083 | CenturyLink<br>PO Box 1319<br>Charlotte, NC 28201-1319 |
| Corvus of Orlando, LLC<br>815 W. Weed Street<br>Chicago, IL 60642-2537 | Craig Norberg<br>111 Burnside Way<br>Kissimmee, FL 34744-5469 | Danielle Borieo<br>2574 Jenscot Road<br>St. Cloud, FL 34771-9013 |
| Esperanza Castrillon<br>668 N Orange Avenue<br>Apartment 2306<br>Orlando, FL 32801-1380 | Firetronics, Inc.<br>PO Box 162286<br>Altamonte Springs, FL 32716-2286 | Gabriel Carrasquillo<br>3073 Wolfe Ct<br>Ovideo, FL 32766-5068 |
| Gina Hosmer<br>648 Whitemarsh Ave<br>Deltona, FL 32725-7127 | Jennifer Rosario<br>2197 Granger Ave<br>Kissimmee, FL 34746-2205 | Johanel Maysonet<br>12025 Fountainbrook Blvd<br>Apt. 1312<br>Orlando, FL 32825-7047 |
| Lauris Online<br>419 Salem Avenue<br>Roanoke, VA 24016-3613 | Milestone Social Services,<br>Inc.<br>5324 Pineview Way<br>Apopka, FL 32703-1963 | Nidia Medina-Ruiz<br>2836 Sweetspire Circle<br>Kissimmee, FL 34746-3484 |
| Noemi Medina<br>2131 Cascade Blvd.<br>Unit 307<br>Kissimmee, FL 34741-3465 | Patricia Bush<br>106 Pineapple Lane<br>Altamonte Springs, FL 32714-5812 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 |
| Seminole County Water<br>and Sewer<br>PO Box 958443<br>Lake Mary, FL 32795-8443 | Sterling Window Cleaning<br>776 Bennett Drive<br>Suite 105<br>Longwood, FL 32750-6392 | Terrell Welch<br>2404 Ravendale Court<br>Kissimmee, FL 34758-2212 |

| | | |
|---|---|---|
| Vaco Orlando, LLC<br>485 N. Keller Road<br>Suite 451<br>Maitland, FL 32751-7506 | Yylian Perez<br>1911 Gadsen Blvd<br>Orlando, FL 32812-8541 | Zephyrhills Water<br>6661 Dixie Hwy<br>Suite 4<br>Louisville, KY 40258-3950 |

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-----------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients   33
Bypassed recipients    1
Total                 34