UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CHAPTER 11

BEHAVIORAL SUPPORT                          CASE NO.: 06:15-bk-04588-KSJ
SERVICES, INC.,

          Debtor.                          /

STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM
OF BAKER & HOSTETLER, LLP, PURSUANT TO 11 U.S.C. § 329(A)
AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2016(B)

BAKER HOSTETLER, LLP ("BH"), in accordance with 11 U.S.C. § 329(a) and Fed. Rule. Bankr. P. 2016(b), states as follows:

1. B&H has represented BEHAVIORAL SUPPORT SERVICES, INC. (the "Debtor") since May 2015 in connection with its voluntary petition filed in this Chapter 11 case.

2. Debtor has paid B&H $42,500.00, on a current basis, for services rendered and costs incurred prior to the commencement of this case with respect to preparing the petition for reorganization under Chapter 11 of the Code, preparing all related initial pleadings to be filed in the case, and prepetition expenses.

3. Prior to the commencement of this case, Debtor paid B&H an advance fee of $210,000.00 for post-petition services and expenses in connection with this case.

4. B&H has not shared, or agreed to share, the advance fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of B&H.

DATED AND EXECUTED this 16th day of June, 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER, LLP, PURSUANT TO 11 U.S.C. § 329(A) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2016(B),** has been filed with the Court and furnished via electronic noticing via the CM/ECF system to those parties requesting such notice and via electronic noticing or via U.S. Postage Prepaid Mail to: Behavioral Support Services, Inc., 801 Douglas Avenue, Suite 208, Altamonte Springs, FL 32714; the Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; and the Local Rule 1007-2 parties-in-interest, as shown and designated on the matrix attached to the original Notice filed with the Court, on this 16th day of June, 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-04855-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Jun 16 12:55:30 EDT 2015 | Behavioral Support Services, Inc.<br>801 Douglas Avenue<br>Suite 208<br>Altamonte Springs, FL 32714-5206 | Adaptive Infotech<br>2810 NE 55th Street<br>Fort Lauderdale, FL 33308-3450 |
| Agency for Persons with<br>Disabilities<br>400 S. Robinson Street<br>Suite S430<br>Orlando, FL 32801 | Air Flow Designs<br>250 Jasmine Road<br>Casselberry, FL 32707-5321 | Amerigroup<br>Case # C14-1313<br>PO Box 75548<br>Baltimore, MD 21275-5548 |
| Ana Ocana<br>12569 Indiana Woods Lane<br>Orlando, FL 32824-8657 | Ana Rodriguez<br>11514 Stagbury Drive<br>Orlando, FL 32832-7074 | Benjamin Lopez<br>4764 Vero Beach Place<br>Kissimmee, FL 34746-7412 |
| Bright House Networks<br>PO Box 31337<br>Tampa, FL 33631-3337 | Capital One Spark Visa Card<br>PO Box 71083<br>Charlotte, NC 28272-1083 | CenturyLink<br>PO Box 1319<br>Charlotte, NC 28201-1319 |
| Corvus of Orlando, LLC<br>815 W. Weed Street<br>Chicago, IL 60642-2537 | Craig Norberg<br>111 Burnside Way<br>Kissimmee, FL 34744-5469 | Danielle Borieo<br>2574 Jenscot Road<br>St. Cloud, FL 34771-9013 |
| Esperanza Castrillon<br>668 N Orange Avenue<br>Apartment 2306<br>Orlando, FL 32801-1380 | Firetronics, Inc.<br>PO Box 162286<br>Altamonte Springs, FL 32716-2286 | Gabriel Carrasquillo<br>3073 Wolfe Ct<br>Ovideo, FL 32766-5068 |
| Gina Hosmer<br>648 Whitemarsh Ave<br>Deltona, FL 32725-7127 | Jennifer Rosario<br>2197 Granger Ave<br>Kissimmee, FL 34746-2205 | Johanel Maysonet<br>12025 Fountainbrook Blvd<br>Apt. 1312<br>Orlando, FL 32825-7047 |
| Lauris Online<br>419 Salem Avenue<br>Roanoke, VA 24016-3613 | Milestone Social Services,<br>Inc.<br>5324 Pineview Way<br>Apopka, FL 32703-1963 | Nidia Medina-Ruiz<br>2836 Sweetspire Circle<br>Kissimmee, FL 34746-3484 |
| Noemi Medina<br>2131 Cascade Blvd.<br>Unit 307<br>Kissimmee, FL 34741-3465 | Patricia Bush<br>106 Pineapple Lane<br>Altamonte Springs, FL 32714-5812 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 |
| Seminole County Water<br>and Sewer<br>PO Box 958443<br>Lake Mary, FL 32795-8443 | Sterling Window Cleaning<br>776 Bennett Drive<br>Suite 105<br>Longwood, FL 32750-6392 | Terrell Welch<br>2404 Ravendale Court<br>Kissimmee, FL 34758-2212 |

Vaco Orlando, LLC
485 N. Keller Road
Suite 451
Maitland, FL 32751-7506

Yylian Perez
1911 Gadsen Blvd
Orlando, FL 32812-8541

Zephyrhills Water
6661 Dixie Hwy
Suite 4
Louisville, KY 40258-3950

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34