# COMPOSITE EXHIBIT B

# NPI to Medicaid ID Search Engine

Claims submission relies on an NPI being associated with a single Medicaid ID. Users can verify if an NPI is associated with any Medicaid IDs by using the NPI to Medicaid ID Search engine.

Select either the Billing or Rendering checkbox to indicate which loop of a claim the provider will populate, and search by the provider's NPI. Results will include all active providers associated with the NPI. The Help button provides assistance for interpreting the results.

**NPI to Medicaid ID Search Engine**

- The Provider Is*: ◉ Billing  ○ Rendering
- NPI*: 1922145184
- Taxonomy: [Search]
- Zip:
- Records: 20

**Search Results**

| Name | MCD ProviderID | National ProviderID | Taxonomy | Zip | NPI Status | Effective Date | End Date | Enrollment Type |
|---|---|---|---|---|---|---|---|---|
| BEHAVIORAL SUPPORT SERVICES, INC. | 002789300 | 1922145184 | | | Active | 10/18/2010 | 08/21/2016 | FULLY ENROLLED |
| BEHAVORIAL SUPPORT SERVICES, INC | 765763300 | 1922145184 | | 32792-3205 | Active | 04/01/2004 | 08/21/2016 | FULLY ENROLLED |
| BEHAVORAL SUPPORT SERVICES, INC | 075492700 | 1922145184 | 251S00000X | 32714 | Active | 11/18/2003 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIOR SUPPORT SERVICES, INC | 000618900 | 1922145184 | 251S00000X | 32792-3205 | Active | 12/30/2008 | 08/21/2016 | FULLY ENROLLED |

# NPI to Medicaid ID Search Engine

Claims submission relies on an NPI being associated with a single Medicaid ID. Users can verify if an NPI is associated with any Medicaid IDs by using the NPI to Medicaid ID Search engine.

Select either the Billing or Rendering checkbox to indicate which loop of a claim the provider will populate, and search by the provider's NPI. Results will include all active providers associated with the NPI. The Help button provides assistance for interpreting the results.

**NPI to Medicaid ID Search Engine**

The Provider Is*: ☒ Billing  ☐ Rendering
NPI*: 1922145184
Taxonomy: [    ] [ Search ]
Zip: [    ]
Records: 20

### Search Results

| Name | MCD ProviderID | National ProviderID | Taxonomy | Zip | NPI Status | Effective Date | End Date | Enrollment Type |
|---|---|---|---|---|---|---|---|---|
| BEHAVIORAL SUPPORT SERVICES, INC. | 002789300 | 1922145184 | | | Active | 10/18/2010 | 08/21/2016 | FULLY ENROLLED |
| BEHAVORIAL SUPPORT SERVICES, INC | 765763300 | 1922145184 | | 32792-3205 | Active | 04/01/2004 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIORAL SUPPORT SERVICES, INC | 075492700 | 1922145184 | 251S00000X | 32714 | Active | 11/18/2003 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIOR SUPPORT SERVICES, INC | 000618900 | 1922145184 | 251S00000X | 32792-3205 | Active | 12/30/2008 | 08/21/2016 | FULLY ENROLLED |

# NPI to Medicaid ID Search Engine

Claims submission relies on an NPI being associated with a single Medicaid ID. Users can verify if an NPI is associated with any Medicaid IDs by using the NPI to Medicaid ID Search engine.

Select either the Billing or Rendering checkbox to indicate which loop of a claim the provider will populate, and search by the provider's NPI. Results will include all active providers associated with the NPI. The Help button provides assistance for interpreting the results.

**NPI to Medicaid ID Search Engine**

| The Provider Is* | ◉ Billing  ○ Rendering |
|---|---|
| NPI* | 1922145184 |
| Taxonomy | [ Search ] |
| Zip | |
| Records | 20 |

**Search Results**

| Name | MCD ProviderID | National ProviderID | Taxonomy | Zip | NPI Status | Effective Date | End Date | Enrollment Type |
|---|---|---|---|---|---|---|---|---|
| BEHAVIORAL SUPPORT SERVICES, INC. | 002789300 | 1922145184 | | | Active | 10/18/2010 | 08/21/2016 | FULLY ENROLLED |
| BEHAVORIAL SUPPORT SERVICES, INC | 765763300 | 1922145184 | | 32792-3205 | Active | 04/01/2004 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIORAL SUPPORT SERVICES, INC | 075492700 | 1922145184 | 251S00000X | 32714 | Active | 11/18/2003 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIOR SUPPORT SERVICES, INC | 000618900 | 1922145184 | 251S00000X | 32792-3205 | Active | 12/30/2008 | 08/21/2016 | FULLY ENROLLED |

# NPI to Medicaid ID Search Engine

Claims submission relies on an NPI being associated with a single Medicaid ID. Users can verify if an NPI is associated with any Medicaid IDs by using the NPI to Medicaid ID Search engine.

Select either the Billing or Rendering checkbox to indicate which loop of a claim the provider will populate, and search by the provider's NPI. Results will include all active providers associated with the NPI. The Help button provides assistance for interpreting the results.

**NPI to Medicaid ID Search Engine**

| The Provider Is* | ◉ Billing ○ Rendering |
|---|---|
| NPI* | 1922145184 |
| Taxonomy |  [ Search ] |
| Zip |  |
| Records | 20 |

**Search Results**

| Name | MCD ProviderID | National ProviderID | Taxonomy | Zip | NPI Status | Effective Date | End Date | Enrollment Type |
|---|---|---|---|---|---|---|---|---|
| BEHAVIORAL SUPPORT SERVICES, INC. | 002789300 | 1922145184 |  |  | Active | 10/18/2010 | 12/31/2299 | FULLY ENROLLED |
| BEHAVORIAL SUPPORT SERVICES, INC | 765763300 | 1922145184 |  | 32792-3205 | Active | 04/01/2004 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIORAL SUPPORT SERVICES, INC | 075492700 | 1922145184 | 251S00000X | 32714 | Active | 11/18/2003 | 08/21/2016 | FULLY ENROLLED |
| BEHAVIOR SUPPORT SERVICES, INC | 000618900 | 1922145184 | 251S00000X | 32792-3205 | Active | 12/30/2008 | 08/21/2016 | FULLY ENROLLED |